**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: | Name of Debtor:  ELIZABETH THOMAS |
| Adversary No:  25-3609 | Style of Adversary: |
| | *Ernesto Simpson v. P.C.F. Properties in TX, LLC* |
| Witnesses: | |
| Antony Halaris, P.C.F. Properties in TX, LLC | Judge:  Hon. Marvin Isgur |
| James Andersen | Courtroom Deputy: |
| Ernesto Simpson | Hearing Date:  August 7, 2025 |
| Elizabeth Thomas | Hearing Time:  9:30 a.m. |
| | Party's Name:  P.C.F. Properties in TX, LLC |
| | Attorney's Name:  John V. Burger |
| | Attorney's Phone:  713-722-0281 |
| | Nature of Proceeding:  Motion to Remand |
| | |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Substitute Trustee dated March 6, 2020 | | | | |
| 2 | Final Summary Judgment | | | | |
| 3 | Sanctions Order | | | | |
| 4 | Vexatious Litigant Order | | | | |
| 5 | Simpson Petition | | | | |
| 6 | Agreed Restraining Order | | | | |
| 7 | Rule 11 Agreement | | | | |
| 8 | Agreed Final Judgment | | | | |
| 9 | Incident Report | | | | |
| 10 | P.C.F. Motion to Vacate Judgment | | | | |
| 11 | Thomas Emails to Court Clerk | | | | |
| 12 | Involuntary Petition | | | | |
| 13 | Thomas Response to Show Cause | | | | |
| 14 | Thomas Installment Application | | | | |
| 15 | Involuntary Dismissal Order | | | | |
| 16 | Stay Termination Notice | | | | |
| 17 | Notice of Removal | | | | |
| 18 | Judge Rosenthal's Order | | | | |
| 19 | Judge Hittner's Order | | | | |
| 20 | Judge Bennett's Remand Order | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Judge Hanks' Remand Order | | | | |
| 22 | Judge Bennett's Sanctions Order | | | | |
| 23 | Judge Perez's Remand Order | | | | |
| 24 | Andersen's Dismissal Order | | | | |
| 25 | Andersen's Amended Removal | | | | |
| 26 | Judge Perez Consent Order | | | | |
| 27 | Adv. No. 24-3216 Docket Sheet | | | | |
| 28 | Andersen Removal | | | | |
| 29 | Judge Hanks Remand Order | | | | |
| 30 | Notice of Removal | | | | |
| 31 | Judge Hanks Remand Order | | | | |
| 32 | Judge Lake Remand Order | | | | |
| 33 | Thomas Consent Order Dismissal | | | | |
| 34 | COA Dismissal Order | | | | |
| 35 | Judge Isgur Compensation Order | | | | |
| 36 | Thomas Bankruptcy Schedules | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

Respectfully submitted,

BARRY & SEWART. PLLC


 /s/  John V. Burger
Anna C. Sewart, SBN: 24029832
David W. Barry, SBN: 01835200
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650
Christopher T. Boyd, SBN: 24108500

BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
Email: evictions@barryandsewart.com
*Attorneys for Intervenor,*
*P.C.F. Properties in TX, LLC*

## <u>CERTIFICATE OF SERVICE</u>

 **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on each below-named Defendant(s) or their attorney of record pursuant to the rules of Texas Civil Procedure on AUGUST 6, 2025.

James M. Andersen
P.O. Box 58554
Webster, Texas 77598

 Email: *jandersen.law@gmail.com*

Elizabeth Thomas Self Represented
712 H Street NE #1297
Washington D.C. 20002

 And via email at: elizthomas234@gmail.com; and tethomas3@aol.com

Alzadia Spires
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
Cypress, Tx 77429

 E-Mail: alzadia@spireslawfirm.com

        /s/  John V. Burger
        Anna C. Sewart, SBN: 24029832
        David W. Barry, SBN: 01835200
        Austin R. DuBois, SBN: 24065170
        John V. Burger, SBN: 03378650

        BARRY & SEWART, PLLC
        4151 Southwest Freeway, Suite 680
        Houston, Texas 77027
        Tel.  (713) 722-0281
        Fax. (713) 722-9786
        Email: evictions@barryandsewart.com
        *Attorneys for Intervenor,*
        *P.C.F. Properties in TX, LLC*