IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS | Case No. 25-11431 (Chapter 13) |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| _____ | |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |
| _____ | |

### IDENTITY OF PARTIES AND COUNSEL IN STATE COURT ACTION REMOVED

All the parties that were named and designated in the removed case styled as *Ernesto Simpson vs. PCF Properties in Texas LLC,* from the County Court at Law Number Two Harris County, Texas, under case No. 1249845 and counsel of record are:

The Plaintiff:                Ernesto Simpson

Counsel of Record:      James M. Andersen
                                      Attorney at Law
                                      Texas State Bar No. 01165850
                                      P. O. Box 58554
                                      Webster, Texas 77598-8554

The Defendant:           PCF Properties in Texas LLC

Counsel of Record:      Alzadia Spires
                                      Attorney at Law
                                      Spires Law Firm, P.L.L.C.
                                      17515 Spring Cypress Rd. #C620
                                      Cypress, Tx 77429

These are the only parties named in the case and the only counsel of record associated with parties named in the case according to the Civil Court at Law (2) own docket sheet for case No.

1249845. **Exhibit** A.

                      Respectfully submitted

               /s/*James M. Andersen*
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
 P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

## CERTIFICATE OF SERVICE

I certify that the document attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record including non-party P.C.F. PROPERTIES LLC, counsel and interested parties on August 6, 2025.

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
Cypress, Tx 77429

*Attorney of Record for PCF Properties in Texas LLC party named in this case*

**Interested Parties**

Thomas C. Frost,
Chapter 13 Standing Trustee,
399 Knollwood Rd, Suite 102,
White Plains, NY 10603

Elizabeth Thomas Trustee

United States Trustee, Office of the United States
Trustee - NY, Alexander Hamilton Custom House,
One Bowling Green, Room 534,
New York, NY 10004-1459

United States Attorney's Office, Southern District
of New York, Attention: Bankruptcy Fraud Unit,
86 Chambers Street, Third Floor,
New York, NY 10007-1825

New York Attorney General Office
Civil Rights Division/Fraud Division
28 Liberty St,
New York, NY 10005

/s/*James M. Andersen*