IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re: ELIZABETH THOMAS** | **Case No. 25-11431 (Chapter 13)** |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |

### EX PARTE EMERGENCY MOTION FOR CONTINUANCE

**NOW COMES,** Ernesto Simpson (the "Plaintiff), moves the Court Ex Parte for an Emergency Order for continuance of the, evidentiary hearing scheduled for August 7, 2025, due to lack of adequate `notice and for cause shows the Court as follows:

**Grounds for Continuance Lack of Adequate Notice**

1. On August 6, 2025, I was notified by Attorney Andersen that the Court was holding an in person evidentiary hearing on August 7, 2025.

2. It's impossible for me to attend this in person hearing on August 7, 2025 because on June 28, 2025, I returned to New York to stay with family members due to being homeless after an illegal eviction.

3. On June 28, 2025, I was advised that on June 27, 2025, Elizabeth Thomas had filed an voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et, seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern

District of New York, New York Division, commencing the above referenced bankruptcy case which bears Case No. 25-11431 (the "New York Bankruptcy Case") and Ms. Thomas included the property at issue as property of her bankruptcy estate subject to the automatic stay §§ 362 of the Bankruptcy Code.

4. As result I returned to New York temporarily to stay with family members and new seek new attorney as such I am no longer in Texas and do not have the means to appear in court August 7, 2025 and have since been in car accident.

5. While Attorney Andersen represents me in the eviction matter with the state court defendant PCF Properties in Texas LLC removed to this Court. However I have no attorney agreement for Attorney Andersen to appear on my behalf in representation of claims by Non-Party P.C.F. PROEPRTIES IN TX, LLC, which is not a party to this case.

6. On August 5, 2025, the state court held a hearing on P.C.F.PROPERTIES IN TX, LLC, Petition in Intervention. According to the Clerk of Court for County Court at Law Number Two Harris County, Texas, under case No. 1249845, styled as styled as *Ernesto Simpson vs. PCF Properties in Texas LLC,* the court did not set aside the May 8, 2025, judgment or grant P.C.F.PROPERTIES IN TX, LLC, Petition in Intervention as such they were not added as a party to the case and the case remains closed.

7. Attorney Andersen did not appear and represent me at the hearing having been disqualified to represent me in any claims involving any claims with Non-Party P.C.F.PROPERTIES IN TX, LLC.

8. Presently I do not have counsel to represent me before this court as I never entered into a retainer agreement for representation of non-party, and all the orders and claims that Mr. Burger have submitted on behalf of Non-Party P.C.F.PROPERTIES IN TX,

LLC, that I am not a party to or have any personal knowledge of. I am tenant seeking my personal property.

9.  In haste, I have filed for bankruptcy, here in New York to give me time to get out of the hospital because this case is trending on the media I have had attorney's here in New York calling me with a interest in taking my case.

## PRAYER

WHEEFORE, Ernesto Simpson (the "Plaintiff") moves the Court Ex Parte for a Emergency Order for continuance of the, August 7, 2025, evidentiary hearing due to lack of adequate notice and Plaintiff inability to appear in person. This is the first continuance being requested before the Court.

Respectfully submitted

/s/ *Ernesto Simpson*
Ernesto Simpson Pro, Se
8202 Terra Valley Lane
Tomball Tx. 77375
ernestosimpson122@gmail.com

## Certificate of Service

I certify that on June 2, 2025, this document was served electronically was by Attorney James M. Andersen at my special instance and request on my behalf on Non-Party P.C.F. PROPERTIES IN TX, LLC counsel, by e-service via regarding this motion.

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
 Cypress, Tx 77429

**3 |** P a g e

*Attorney of Record for PCF Properties in Texas LLC  party named in this case*

**Interested Parties**

Thomas C. Frost,
Chapter 13 Standing Trustee,
399 Knollwood Rd, Suite 102,
White Plains, NY 10603

Elizabeth Thomas Trustee

United States Trustee, Office of the United States
Trustee - NY, Alexander Hamilton Custom House,
One Bowling  Green, Room 534,
New York, NY 10004-1459

United States Attorney's Office, Southern District
of New York, Attention: Bankruptcy Fraud Unit,
86 Chambers Street, Third Floor,
New York, NY 10007-1825

New York Attorney General Office
Civil Rights Division/Fraud Division
28 Liberty St,
New York, NY 10005

/s/ Ernesto Simpson
Ernesto Simpson Pro, Se