# CIVIL Court Settings

**Case Number**

1249845

**Court No**

All

**Session Date (From)**

MM/DD/YYYY

**Session Date (To)**

MM/DD/YYYY

SEARCH    CLEAR

9 Record(s) Found.

| Crt | Case | Style | Hearing Type / Hearing Results | Session Date / Cancel Date / Reason | View | Document Name | Pages |
|---|---|---|---|---|---|---|---|
| 2 | 1249845 | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | TEMPORARY RESTRAINING ORDER | 4/29/2025 2:30PM 4/29/2025 12:34:15 PM Per Movant | Parties | | |
| 2 | 1249845 | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | DISMISSAL DOCKET | 6/30/2025 1:00PM 5/1/2025 6:12:50 AM Answer filed/Removed from docket | Parties | | |
| 2 | 1249845 | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | NON-JURY TRIAL | 8/4/2025 9:00AM 5/7/2025 3:44:12 PM Agreed Judgment | Parties | Order for Trial Setting NonJury - Video - Civ 2 | 1 |
|   |   |   |   |   |   | Order for Trial Setting NonJury - Video - Civ 2 | 1 |
| 2 | 1249845 | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | MOTION TO VACATE | 6/3/2025 10:30AM 6/2/2025 2:12:12 PM Other | Parties | | |
| 2 | 1249845 | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | MOTION TO VACATE NO RULING | 7/8/2025 11:15AM | Parties | | |

| 2 | [1249845](#) | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | MOTION FOR CONTINUANCE NO RULING | 7/8/2025 8:30AM | [Parties](#) |
| 2 | [1249845](#) | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | MOTION TO VACATE HELD | 8/5/2025 11:00AM | [Parties](#) |
| 2 | [1249845](#) | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | MOTION TO VACATE HELD | 8/5/2025 10:45AM | [Parties](#) |
| 2 | [1249845](#) | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | SUBMISSION DOCKET | 8/8/2025 8:30AM 8/5/2025 4:06:36 PM Canceled | [Parties](#) |