IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS | Case No. 25-11431 (Chapter 13) |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| _____ | |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |
| _____ | |

## ORDER ON CONTINUANCE

On this date the Court considered the Motion for Continuance filed by the Plaintiff Ernesto Simpson Pro, Se as to matters in regard to Non-Party- P.C.F. PROPERTIES IN TX.,LLC., who filed the Motion for Continuance, and ORDERS that The Motion for Continuance is GRANTED. b. The hearing or trial originally set on August 7, 2025 at 9:30 a.m/p.m. is now set on \_\_\_\_\_ /_____ /_____ at _____ a.m. p.m.

All parties and Non-Parties are ORDERED to appear before the Court on the new date. All parties and Non-Parties have received proper notice of the new hearing or trial date. No further notice is required.

The Motion for Continuance is DENIED.

SIGNED on _____

_____
United States Bankruptcy Judge