United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>**ELIZABETH THOMAS,**<br><br>   Debtor. | §<br>§<br>§<br>§<br>§<br>§ |
| **Ernesto Simpson,**<br>**Plaintiff,**<br><br>VS.<br><br>**P.C.F. PROPERTIES IN TX, LLC,**<br><br>   **Defendant.** | §<br>§<br>§<br>§   **ADVERSARY NO. 25-3609**<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING REQUEST TO
## CONTINUE EMERGENCY HEARING

Ernesto Simpson moves to continue the emergency hearing scheduled for 9:30 a.m. on August 7, 2025. His motion to continue the hearing is denied.

Signed: August 06, 2025

_____
Marvin Isgur
United States Bankruptcy Judge