**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re: ELIZABETH THOMAS** | **Case No. 25-11431 (Chapter 13)** |
| *Debtor* | **(Pending in the United States** |
| | **Bankruptcy Court for the Southern** |
| | **District of New York, New York Division**) |
| _____ | |
| **ERNESTO   SIMPSON** | Adv.  Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |
| _____ | |

**REPONSE AND MATTERS OF OBJECTION FOR EVIDENTARY HEARING**

Attorney James M. Andersen hereby submits the following for the Court evidentiary hearing to on Counsel Motion to Strike Non-Party P.C.F. PROPERTIES IN TEXAS LLC, Motion to Remand  as such procedures are governed by statute and a non-party cannot seek a remand order in the Fifth Circuit under 28 U.S.C. § 1447(c). This statute dictates that a motion to remand for defects other than subject-matter jurisdiction must be made by a party within 30 days of the notice of removal.

P.C.F. PROPERTIES IN TEXAS LLC, was never a party i.e. a intervenor in the state court action indeed according to the court own docket there is not party named as a intervenor and P.C.F. PROPERTIES IN TEXAS LLC, has filed no Motion to Intervenue before the Court.

Counsel objects to representation of Mr Simpson and does not represent Mr. Simpson on any claims brought by Non-Party P.C.F. PROPERTIES IN TEXAS LLC.  Counsel was advised by the Clerk in case styled as *Ernesto Simpson vs. PCF Properties in Texas LLC*, County Court at Law (2) Harris County, Texas case No. 1249845,  that on August 5, 2025, the Court held a

hearing on Non-Party P.C.F. PROPERTIES IN TEXAS LLC, "Motion to Vacate" which was not granted the never set aside the judgment or reinstated the case. Again Counsel was not present at the hearing as counsel does not represent Mr. Simpson on these claims.

The issue as to whether Mr. Simpson could have obtained a Writ of Possession as the result of the property being scheduled Debtor Thomas's A/B Schedules as the debtor's property as such subject to the §§ 362 of the Bankruptcy Code  is moot as the submission hearing has been cancelled due to the filing of a Suggestion of Bankruptcy.

As to whether Mr. Simpson and Counsel is in Civil Contempt of any for removing this matter in derogation of the orders issued by the United States District Court or the United States Bankruptcy Court that prohibit further removal of state court cases pertaining to the property at issue.

Counsel has not been able to locate any order that prohibits Mr. Simpson from removing a case to federal court and the orders and judgments submitted to this Court does not name Mr. Simpson as party to any of the cases subjecting him to the enforce of said orders, or judgments. See Simpson Declaration.

Respectfully submitted

/s/James M. Andersen
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

CERTIFICATE OF SERVICE

of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record including non-party P.C.F. PROPERTIES LLC,  counsel  and interested parties on August 7, 2025.

**Interested Parties**

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
 Cypress, Tx 77429

*Attorney of Record for PCF Properties in Texas LLC  party named in this case*

Thomas C. Frost,
Chapter 13 Standing Trustee,
399 Knollwood Rd, Suite 102,
White Plains, NY 10603
*Elizabeth Thomas Trustee*

United States Trustee, Office of the United States
Trustee - NY, Alexander Hamilton Custom House,
One Bowling  Green, Room 534,
New York, NY 10004-1459

United States Attorney's Office, Southern District
of New York, Attention: Bankruptcy Fraud Unit,
86 Chambers Street, Third Floor,
New York, NY 10007-1825

New York Attorney General Office
Civil Rights Division/Public Corruption Fraud Division
28 Liberty St,
New York, NY 10005

/s/James M. Andersen