IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re: ELIZABETH THOMAS** | Case No. 25-11431 (Chapter 13) |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| **ERNESTO SIMPSON** | Adv.  Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |

### DECLARATION OF ERNESTO SIMPSON

   I Ernesto Simpson declare under penalty of perjury that the foregoing is true and correct.

   On August 6, 2025, I received notice from Attorney that the court was holding a in person **evidentiary hearing** on August 7, 2025, for which I am unable to attend due to being out of state.

   The Court August 5, 2025, "Order for Emergency Hearing in Person Attendance Required" wrongfully names the defendant as P.C.F. Properties in TX., LLC a alleged Texas limited liability company who was never a party to the state court action. The correct Defendant is PCF Properties in Texas LLC, a Colorado limited liability company.

      I have ***never*** been in any sought of litigation with Non-Party P.C.F. Properties in TX., LLC a alleged Texas limited liability company.

   I have been a tenant at the property located at 8202 Terra Valley Lane, Tomball Tx, 77375 since the year of 2007. Over the years the ownership as change however I entered into the lease agreement for two (2) years with Jasmine B. Jarbis through Liberty Property Management LC.

   Jasmine B. Jarbis, Sarah Jarbis, Javaugh Mohamed, Omari L. Thomas among others also resided at said property. At times I accept a music contract which causes me to trial to travel on tour to various states for long periods of time.  I have no personal knowledge as to who owns the property located at 8202 Terra Valley Lane, Tomball Tx, 77375, nor do I claims a ownership interest in said property.

The fist lawsuit I ever filed in my whole life was on April 25, 2025, in the Civil County Court at Law (2) styled as case styled as *Ernesto Simpson vs. PCF Properties in Texas LLC* a[ a Colorado Limited Liability Company} under case No. 1249845 which has been closed since May 8 ,2025, after a final agreed judgment.

I have never been litigation with a entity by the name of P.C.F. PROPERTIES IN  TX, LLC ,[a alleged Texas limited liability company], nor is this entity named as party to Civil County Court at Law (2) styled as case styled as *Ernesto Simpson vs. PCF Properties in Texas LLC* a[ a Colorado Limited Liability Company} under case No. 1249845.

I have no association with or have ever been in litigation with Non-Party P.C.F. PROPERTIES IN TX, LLC, who has submitted documents to this court alleging that I am in contempt of court for removing this matter in derogation of the orders issued by the United States District Court or the United States Bankruptcy Court that prohibit further removal of state court cases pertaining to the property at issue; when in fact  I am not named as party to any of the cases resulting from said orders, or judgments.

1. **Exhibit** 1-**Judge Rosenthal Remand Order**— in the case styled as *P.CF.PROPERTIES IN TX., vs. Jireh Pitts et al.,* ordered that the defendants are enjoined, collectively and individually, from filing (1) any notice of removal in this or any related case, and (2) any new case related to the property at issue in this case, without advanced written permission from the Chief Judge of the Southern District of Texas or his designee. The defendants are: *Jireh Pitts, Jasmine B.Jarbis, Elizabeth Thomas, Don Burris, Shelvy Spires and Maiki Nria.*   **Exhibit** 1.

2. **Exhibit   2- Judge Hittner Remand Order**-in the case styled as *Primary Residential Mortgage Inc., vs  Elizabeth Thomas et al.,*  case No. 19-559, ordered that Defendants **Elizabeth Thomas, James Allen and Robert L. Thomas** (collectively "Defendants"), are ENJOINED, collectively and individually from henceforth filing any notice of removal from the 127th District Court, in Harris County, Texas in Cause No. 2017-76078 and Cause No. 2017-83288 (collectively "State Cases")in the Southern District of Texas without advance written permission from the Chief Judge of the Southern District of Texas.

3. **Exhibit-  3- Judge Bennett Remand Order**: -in the case styled *Robert L. Thomas et al., vs. PCF Properties in Texas LLC* [the Colorado limited liability company], et al case No. 22 CV705, ordered that *Elizabeth Thomas, James Allen, Robert L. Thomas and Allan Haye* (**the Aligned Litigants**), prohibits the Aligned Litigants to receive advance written notice from the Chief Judge of the Southern of Texas before filing notices of removal to include any and all removals from Harris County District Court.

4. **Exhibit- 4- Judge Hanks Remand Order**- *MTH Lending Group L.P. et al. vs. Alvin R. Mullen II*, Civil Action 22 Cv-00742, ordered, the Court will broaden the preclusion order entered by Judge Hittner all parties not just Defendant *__Mullen but Elizabeth Thomas, James Allen, and Robert Thoma__*s *__once this case__* returns to Texas state court no party may remove it to this Court without advance written permission from the Chief Judge of the Southern of Texas. Any attempt by any party to remove this case without obtaining the require permission as set forth in the preclusion order entered by Judge Hittner in Southern District of Texas case number 19-CV-559,may result in sanctions and/or an order of the contempt.

5. **Exhibit- 5- Judge Bennett Sanction Order-** *Robert Thomas et al, vs PCF Properties in Texas LLC*, case No. 22-CV-705, PCF Properties in Texas LLC, [P.C.F. PROPERTIES IN TEXAS LLC is similar named entity but they are unrelated separate and distinct] filed a Motion for Sanctions alleging that (the "Align Parties") namely *Elizabeth Thomas, James Allen, Allan Haye and Robert L. Thomas* violated the Court's Order by removing a case in the 80th District Court of Harris County to the United States Bankruptcy Court of Delaware. Doc. #77, EX. 10.The Court ruled that Notice of Removal to the Delaware Bankruptcy Court was filed by Andersen, a third party defendant who is also an attorney and is representing himself in this matter. Notably, in the Courts Order, the Aligned Litigants were barred from filing notices of removal without written permission from the Chief Judge of the Southern of Texas. But Andersen was not included s one of the Align Litigants.ID. Thus, the Courts Order did not apply to him Accordingly PCF's Motion for Sanctions is denied.

6. **Exhibit- 6- An** April 19, 2023 Order Granting PCF Properties in Texas LLC [Not P.C.F. PROPERTIES IN TEXAS LLC which is similar named entity that is unrelated separate and distinct] Motion for Summary Judgment against *James Allan, Allan Haye, Elizabeth Thomas James Andersen and Robert Thomas.*

7. **Exhibit-7-** An Temporary Order for Sanction against *Elizabeth Thomas, James Andersen and James Allen* for violating Court Orders.

8. **Exhibit-8-** State Court Temporary Vexatious Litigant Order-declaring *Elizabeth Thomas, Jasmine Jarbis, Javaughn Mahomed, Monique Moore, Sarah Jarbis, Omari J Thomas, James Allen, and James Andersen* as Vexatious Litigants.

9. **Exhibit -9-** Appellate Court Dismissal Order- the First Court of Appeals, in the case styled as *Elizabeth Thomas, Allan Haye and James Andersen* in case No. 23-00331-CV, appeals were dismissed for failure to file briefs. **Undisclosed** is the fact that on August 22, 2024, the First Court of Appeals, in the same case styled *James Allen and Robert L.*

*Thomas* vs. PCF Investments Inc., it subsidiary PCF Properties in Texas LLC, granted their April 29, 2024 "Motion to Voluntarily Dismiss the Appeal Due to Settlement Agreement. **Exhibits** 2 ,3 and 4. According to Mr. Burger at hearing before judge Manor when he tried to get to modify the names of the parties in April 19,2023, judgment from PCF Properties in Texas LLC to P.C.F. PROPERTIES IN TX,LLC, and if not the parties have reached a Settlement Agreement reinstates the property back to **Ms. Thomas** Exhibit 5. Judge Manor left the judgment in the name of PCF Properties in Texas LLC.

10. **Exhibit-10-** Compensation Order- no such order was attached.

Absence for all of the above court orders and judgments is showing that I am named as party to any of these cases there by subject any of those orders or judgments thereby I am no subject m to the enforce of said orders, or judgments.

Executed on August 6, 2025

/s/ *Ernesto Simpson*