IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS<br><br>*Debtor*<br><br>_____<br><br>**ERNESTO SIMPSON**<br><br>V.<br><br>**PCF PROPERTIES IN TEXAS LLC**<br><br>_____ | Case No. 25-11431 (Chapter 13)<br><br>(**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**)<br><br><br>Adv. Pro. No. 25-AP 3609 |

## AGREED TO TERMS OF ATTORNEY ANDERSEN REPRESENTATION

Attorney James M. Andersen and Ernesto Simpson agree that Attorney Andersen does not represent Mr. Simpson on any claims in regard to Non-Party P.C.F. PROPERTIES IN TX, LLC. on August 5, 2025, the State Court held a hearing on Non-Party P.C.F. PROPERTIES IN TEXAS LLC, "Motion to Vacate" which was not granted the never set aside the judgment or reinstated the case. Again Counsel was not present at the hearing as counsel as Attorney Andersen does not represent Mr. Simpson on these claims.

                                                Respectfully submitted

                                                /s/*James M. Andersen*
                                                James M. Andersen
                                                Attorney at Law
                                                Texas State Bar No. 01165850
                                                P. O. Box 58554
                                                Webster, Texas 77598-8554
                                                Tel. (281)488-2800
                                                Fax. (281)480-4851
                                                Email: jandersen.law@gmail.com
                                                *Attorney for Ernesto Simpson*

By Permission /s/ Ernesto Simpson
Ernesto Simpson Pro, Se
8202 Terra Valley Lane
Tomball Tx. 77375
ernestosimpson122@gmail.com

## CERTIFICATE OF SERVICE

I certify that the document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record including non-party P.C.F. PROPERTIES LLC, counsel and interested parties on August 7, 2025.

**Interested Parties**

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
Cypress, Tx 77429

*Attorney of Record for PCF Properties in Texas LLC party named in this case*

Thomas C. Frost,
Chapter 13 Standing Trustee,
399 Knollwood Rd, Suite 102,
White Plains, NY 10603
*Elizabeth Thomas Trustee*

United States Trustee, Office of the United States
Trustee - NY, Alexander Hamilton Custom House,
One Bowling Green, Room 534,
New York, NY 10004-1459

United States Attorney's Office, Southern District
of New York, Attention: Bankruptcy Fraud Unit,
86 Chambers Street, Third Floor,
New York, NY 10007-1825

New York Attorney General Office
Civil Rights Division/Public Corruption Fraud Division
28 Liberty St,
New York, NY 10005

/s/James M. Andersen