IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS | Case No. 25-11431 (Chapter 13) |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| **ERNESTO  SIMPSON** | Adv.  Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |

## JUDICIAL NOTICE

Attorney Andersen seeks the Court record to reflect that the only named defendant in this case is PCF Properties in Texas LLC, and not P.C.F. PROPERTIES IN TX, LLC, whom is a non-party to this case.

Defendant PCF Properties in Texas LLC, counsel Attorney Alazdia Spires of the Spires Law Firm has never been served with any notice of the evidentiary hearing scheduled today before the Court thereby denying Defendant PCF Properties in Texas LLC, the right to notice and to be heard.

For the Record.

                                          Respectfully submitted

                                          /s/*James M. Andersen*

                                         James M. Andersen
                                         Attorney at Law
                                         Texas State Bar No. 01165850
                                         P. O. Box 58554
                                         Webster, Texas 77598-8554
                                         Tel. (281)488-2800

Fax. (281)480-4851  
Email: jandersen.law@gmail.com  
*Attorney for Ernesto Simpson*

## CERTIFICATE OF SERVICE

    I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record including non-party P.C.F. PROPERTIES LLC, counsel and interested parties on August 7, 2025.

**Interested Parties**

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
Cypress, Tx 77429

*Attorney of Record for PCF Properties in Texas LLC party named in this case*

Thomas C. Frost,
Chapter 13 Standing Trustee,
399 Knollwood Rd, Suite 102,
White Plains, NY 10603
*Elizabeth Thomas Trustee*

United States Trustee, Office of the United States
Trustee - NY, Alexander Hamilton Custom House,
One Bowling Green, Room 534,
New York, NY 10004-1459

United States Attorney's Office, Southern District
of New York, Attention: Bankruptcy Fraud Unit,
86 Chambers Street, Third Floor,
New York, NY 10007-1825

New York Attorney General Office
Civil Rights Division/Public Corruption Fraud Division
28 Liberty St,
New York, NY 10005

                                        /s/*James M. Andersen*