IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS | Case No. 25-11431 (Chapter 13) |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| **ERNESTO SIMPSON**<br>          *Plaintiff*<br>V.<br>**PCF PROPERTIES IN TEXAS LLC**<br>          *Defendant* | Adv. Pro. No. 25-AP 3609 |

### EX PARTE EMERGENCY MOTION FOR CONTINUANCE

   **COMES NOW,** Attorney James M. Andersen, while at his office this morning Attorney Andersen suffered a medical emergency and has since been admitted to Texas City VA Hospital for medical care. Attorney Spires Counsel for Defendant does not oppose this Motion.

### PRAYER

   WHEEFORE, Attorney James M. Andersen moves the Court Ex Parte for a Emergency Order for continuance of the, August 7, 2025, evidentiary hearing. This is the first continuance being requested before the Court.

                              Respectfully submitted

         **By Permission**   /s/*James M. Andersen*
                               James M. Andersen
                               Attorney at Law
                               Texas State Bar No. 01165850
                               P. O. Box 58554
                               Webster, Texas 77598-8554

**1 |** P a g e

                                                   Tel. (281)488-2800
                                                   Fax. (281)480-4851
                                                 Email: jandersen.law@gmail.com

**CERTIFICATE OF SERVICE**

    I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record including non-party P.C.F. PROPERTIES LLC,  counsel  on August 7, 2025.

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
 Cypress, Tx 77429

*Attorney of Record for PCF Properties in Texas LLC  party named in this case*

                                    **By Permission**  /s/*James M. Andersen*