# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: **ELIZABETH THOMAS** | Case No. 25-11431 **(Chapter 13)** |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-AP 3609 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |

## ORDER ON EMERGENCY CONTINUANCE

DENIED.

Signed: August 07, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

_____
United States Bankruptcy Judge