## SUPPELEMENTAL WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: | Name of Debtor: ELIZABETH THOMAS |
| Adversary No: 25-3609 | Style of Adversary: |
| | *Ernesto Simpson v. P.C.F. Properties in TX, LLC* |
| Witnesses: | |
| Antony Halaris, P.C.F. Properties in TX, LLC | Judge: Hon. Marvin Isgur |
| James Andersen | Courtroom Deputy: |
| Ernesto Simpson | Hearing Date: August 11, 2025 |
| Elizabeth Thomas | Hearing Time: 8:30 a.m. |
| | Party's Name: P.C.F. Properties in TX, LLC |
| | Attorney's Name: John V. Burger |
| | Attorney's Phone: 713-722-0281 |
| | Nature of Proceeding: Motion for Sanctions |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| S-1 | Time Records for Simpson Case | | | | |
| S-2 | Summary of All Legal Fees Paid | | | | |
| S-3 | Copies of All Invoices Paid | | | | |
| S-4 | | | | | |
| S-5 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

Respectfully submitted,

BARRY & SEWART. PLLC


 /s/   *John V. Burger*
Anna C. Sewart, SBN: 24029832
David W. Barry, SBN: 01835200
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650
Christopher T. Boyd, SBN: 24108500

BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
Email:  evictions@barryandsewart.com
*Attorneys for Intervenor,*
*P.C.F. Properties in TX, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on each below-named Defendant(s) or their attorney of record pursuant to the rules of Texas Civil Procedure on AUGUST 8, 2025.

James M. Andersen
P.O. Box 58554
Webster, Texas 77598

    Email:  *jandersen.law@gmail.com*

Elizabeth Thomas Self Represented
712 H Street NE #1297
Washington D.C. 20002

    And via email at: elizthomas234@gmail.com; and tethomas3@aol.com

Alzadia Spires
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
Cypress, Tx 77429

    E-Mail: alzadia@spireslawfirm.com

 

                                                      */s/   John V. Burger*
Anna C. Sewart, SBN: 24029832
David W. Barry, SBN: 01835200
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650

BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
Email: evictions@barryandsewart.com
*Attorneys for Intervenor,*
*P.C.F. Properties in TX, LLC*