# Invoice

**BARRY & SEWART, PLLC**

| Date | FILE # |
|---|---|
| 08/08/25 | BAS200099 - SIMPSON v. PCF PROPERTIES IN TEXAS, LLC; Case No. 1249845 |

4151 SOUTHWEST FRWY, STE 680
HOUSTON, TX 77027

www.barryandsewart.com

| BILL TO | |
|---|---|
| CLIENT | P.C.F. PROPERTIES IN TX, LLC |
| ADDRESS | c/o Antony Halaris |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| jvb | 1 | 5/16/2025 Review email from county attorney regarding agreed final judgment. Discuss with client. Download copies of rule 11 agreement, tro, and judgment. Discuss with county attorney regarding use of orders to access Terra Valley Lane | $400.00 | $400.00 |
| jvb | 4 | 5/19/2025 Draft, revise and edit motion to vacate agreed judgment, Compile exhibits. File with court. | $400.00 | $1,500.00 |
| jvb | 1 | 5/19/2025 Draft notice of vexatious litigant and file with court. | $400.00 | N/C |
| jvb | 1 | 5/20/2025 Obtain hearing date and time for motion to vacate agreed judgment. File with court.. Notice opposing parties. | $400.00 | $400.00 |
| jvb | 1 | 5/30/2025 Review motion to transfer to district court. Download all exhibits and attachments. | $400.00 | $400.00 |
| jvb | 1 | 5/30/2025 Review and download parties' pretrial disclosures filed by plaintiff and defendant. | $400.00 | $400.00 |

**EXHIBIT S-1**

| | | | | |
|---|---|---|---|---|
| jvb | 1 | 6/2/2025 Review notice of removal. Forward copy to client. Review federal court docket sheet and filings with district court. | $400.00 | N/C |
| jvb | 2 | 6/6/2025 Teleconference with client and constables regarding Elizabeth Thomas and her attempts to break into property. | $400.00 | $400.00 |
| jvb | 1 | 6/24/2025 Review order remanding case. Obtain new hearing date with court coordinator. Notice all parties and file noticd with court. | $400.00 | $200.00 |
| jvb | 1 | 7/1/2025 Review parties' motion for continuance. Calendar response date and submission date for hearing. | $400.00 | N/C |
| jvb | 1 | 7/7/2025 motion to quash hearing and reply to motion for continuance. Review suggestion of bankruptcy filed by Elzabeth Thomas against PCF Properties in Texas, LLC | $400.00 | $400.00 |
| jvb | 2 | 7/8/2025 Attend zoom hearing on motion to vacate agreed judgment and related motions. | $400.00 | $400.00 |
| jvb | 1 | 7/24/2025 Draft notice of termination of automatic stay and request for new hearing date. | $400.00 | $400.00 |
| jvb | 1 | 7/28/2025 Review motion for writ of possession filed by Ernesto Simpson. | $400.00 | $400.00 |
| jvb | 2 | 7/30/2025 Draft response to motion for writ of possession and file with court. | $400.00 | $600.00 |
| jvb | 1 | 7/30/2025 Review counsels' notices of disqualifications. Have no idea what they mean or what they intended to mean. Discuss with client to prepare for hearing. | $400.00 | N/C |
| jvb | 1 | 7/30/2025 Review plaintiff's notice of nonsuit. | $400.00 | N/C |
| jvb | 1 | 8/1/2025 Review Thomas notice of bankruptcy. | $400.00 | N/C |
| jvb | 2 | 8/4/2025 Review second notice of removal. Draft and file motion for remand with federal court. Draft and file notice of removal preclusion. | $400.00 | $400.00 |
| jvb | 1 | 8/5/2025 Attend hearing on motion to vacate judgment. Court took no action. | $400.00 | $400.00 |
| jvb | 1 | 8/6/2025 Review order issued by Bankruptcy Court setting show cause hearing. Calendar hearing date. | $400.00 | N/C |
| jvb | 2 | 8/6/2025 Compile exhibits for hearing. File with court and provide notice to opposing parties. | $400.00 | $800.00 |

| | | | | |
|---|---|---|---|---|
| jvb | 2 | 8/7/2025 Attend in person show cause hearing. Present argument to court, examine witness and submit evidence. | $400.00 | $600.00 |
| jvb | 1 | 8/7/2025 Review bankruptcy court orders and discuss them with client. | $400.00 | N/C |
| jvb | 1 | 8/8/2025 Compile time records in preparation for show cause/sanctions hearing. | $400.00 | N/C |
| jvb | 1 | 8/6/2025 copies for exhibits 1200 pages @ .33 per page. | $39.60 | $39.60 |
| | | | | |
| | | | | |
| | | | **Total** | $8,139.60 |

Please contact our office for further information.

David W. Barry/Anna C. Sewart
Tel. 713-722-0281/Fax 713-722-9786