# P.C.F. Properties In TX, LLC
## Transaction Detail By Account
### Mar 3, 2020 through Aug 8, 2025

| Date | Num | Name | Memo | Debit |
|---|---|---|---|---:|
| **610000 · Professional Fees** | | | | |
| **612000 · Attorneys** | | | | |
| 03/17/2020 | | Barry & Sewart PLLC | Postage | 7.80 |
| 03/17/2020 | | Barry & Sewart PLLC | Eviction Filing Fee - 204100110735 | 121.00 |
| 03/17/2020 | | Barry & Sewart PLLC | Legal Fees | 550.00 |
| 07/01/2020 | | JP Court 4-1 | Appeal Filing Fee | 10.00 |
| 07/02/2020 | Wire | Barry & Sewart PLLC | County Court Appeal Fee Payment - 1156772 | 242.00 |
| 07/02/2020 | Wire | Barry & Sewart PLLC | Appeal Representation - Legal Fee | 1,500.00 |
| 07/20/2020 | | Barry & Sewart PLLC | District Court Filing Fee | 81.00 |
| 08/13/2020 | | Barry & Sewart PLLC | District Court Filing Fee | 81.00 |
| 08/17/2020 | | Barry & Sewart PLLC | District Court Filing Fee | 100.00 |
| 08/17/2020 | | Barry & Sewart PLLC | District Court Filing Fee | 100.00 |
| 08/17/2020 | | Barry & Sewart PLLC | District Court Filing Fee | 98.25 |
| 12/02/2020 | 1282 | Barry & Sewart PLLC | Eviction Judgment (Loss) - Defendant's Legal Expense | 4,589.56 |
| 01/01/2022 | | Barry & Sewart PLLC | Accrued Legal Expense 2020 | 33,890.41 |
| 01/01/2022 | | Barry & Sewart PLLC | Accrued Legal Expense 2021 | 5,992.50 |
| 12/31/2022 | | Barry & Sewart PLLC | Accrued Legal Expense 2022 | 8,260.00 |
| 03/31/2023 | | Barry & Sewart PLLC | Accrued Legal Expense 2023Q1 | 5,880.00 |
| 04/30/2023 | | Barry & Sewart PLLC | Accrued Legal Expense 202304 | 933.25 |
| 06/30/2023 | | Barry & Sewart PLLC | Accrued Legal Expense 2023Q2 | 10,160.00 |
| 09/30/2023 | | Barry & Sewart PLLC | Accrued Legal Expense 2023Q3 | 4,800.00 |
| 12/28/2023 | | TX Secretary of State | Web Research | 5.00 |
| 12/28/2023 | | TX Secretary of State | Web Research | 0.14 |
| 12/31/2023 | | Barry & Sewart PLLC | Accrued Legal Expense 2023Q4 | 6,270.00 |
| 03/31/2024 | | Barry & Sewart PLLC | Accrued Legal Expense 2024Q1 | 1,800.00 |
| 04/30/2024 | 3213305 | Armstrong Teasdale, LLP | Legal Fees | 6,262.50 |
| 05/31/2024 | 3227838 | Armstrong Teasdale, LLP | Legal Fees | 1,154.20 |
| 06/30/2024 | 3241831 | Armstrong Teasdale, LLP | Legal Services | 9,690.00 |
| 06/30/2024 | | Barry & Sewart PLLC | Accrued Legal Expense 2024Q2 | 2,880.00 |
| 07/31/2024 | 3255427 | Armstrong Teasdale, LLP | Legal Services | 11,297.50 |
| 08/13/2024 | | Texas Easy-Serve, LLC | Process Service | 198.30 |
| 08/31/2024 | 3268751 | Armstrong Teasdale, LLP | Legal Services | 2,826.58 |
| 09/30/2024 | 3281114 | Armstrong Teasdale, LLP | Legal Services | 4,772.50 |
| 09/30/2024 | | Barry & Sewart PLLC | Accrued Legal Expense 2024Q3 | 7,655.00 |
| 10/31/2024 | 3294570 | Armstrong Teasdale, LLP | Legal Services | 412.50 |
| 11/30/2024 | | Barry & Sewart PLLC | Accrued Legal Expense 2024Q4 | 1,400.00 |
| **Total 612000 · Attorneys** | | | | **134,020.99** |
| **616000 · Real Estate Services** | | | | |
| **616700 · Title & Escrow** | | | | |
| 11/13/2023 | | Harris County Clerk/Recorder | RP Document | 1.00 |
| 06/12/2024 | | Harris County Clerk/Recorder | Recorded Document Copies | 7.00 |
| **Total 616700 · Title & Escrow** | | | | **8.00** |
| **Total 616000 · Real Estate Services** | | | | **8.00** |
| **618000 · Registered Agent** | | | | |
| 11/07/2023 | | The Company Corporation | Service Process | 64.00 |
| 12/06/2023 | 87115239187 | The Company Corporation | Service Process | 128.00 |
| 06/04/2024 | | The Company Corporation | Service Process | 32.70 |
| **Total 618000 · Registered Agent** | | | | **224.70** |
| **Total 610000 · Professional Fees** | | | | **134,253.69** |
| **TOTAL** | | | | **134,253.69** |

EXHIBIT

# S-2