**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re: ELIZABETH THOMAS** | **Case No. 25-11431 (Chapter 13)** |
| *Debtor* | **(Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division)** |
| _____ | |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-03586 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |
| _____ | |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF**
**STAY AS TO THESE PROCEEDINGS,**

      **PLEASE TAKE NOTICE,** that on August 5, 2025, the Court issued an Order for Emergency Hearing in Person  Attendance Required for  August 7, 2025 at 9:30 a.m., the Court will conduct an evidentiary hearing. On August 6, 2025, Debtor Ernesto Simpson filed an Chapter 7, Petition  (the "Petition Date"), for  relief under Title 11 of the  United States Code,   11   U.S.C. §§ 101et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court Southern District of New York commencing Case No. 25-11742 invoking the automatic stay pursuant to Section 362 of the Bankruptcy Code. **See Exhibit A**.

      Pursuant to Section 362 of the Bankruptcy Code, the filing of Mr. Simpson Petition operates as a stay of:

a.   The commencement or continuation, of a proceeding against the Debtor or the Debtors property that was or could have been commenced before the commencement of the case under this Title, or to recover a claim against the Debtor that arose before the commencement of the case under this Title;

b.   The enforcement, against the Debtor or against debtor property of the estate, of a judgment obtained before the commencement of the case under this Title;

c.   Any act to obtain possession of property of the estate or property from the estate;

d.   Any act to create, perfect, or enforce any lien against property of the estate;

e.   Any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this Title, except to the extent provided in section 362(b);

f.   Any act to collect assets, or recover a claim against the Debtor that arose before the commencement of the case under this title;

g.   The set off of any debt owing to the Debtor that arose before the commencement of the case under this Title against any claim against the Debtor; and

h.   The commencement or continuation of a proceeding before the United States Tax Court concerning the Debtor. .

Accordingly, pursuant to the provisions of 11 U.S.C. $362, the automatic stay prohibits any further action against debtor or debtor's property of the bankruptcy estate in this proceeding until such time as the Bankruptcy Court may order otherwise.

In addition, pursuant to Section 108 of the Bankruptcy Code, the filing of the Petition operates to extend the period within which the Debtor may, among other

things, file any pleading, commence an action, cure a default, or perform any other similar act fixed by non bankruptcy law, an order entered in a non-bankruptcy proceeding, or an agreement, if such deadline has not expired prior to the filing of the Petition.

Respectfully submitted

/s/James M. Andersen
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

**CERTIFICATE OF SERVICE**

I certify that  Service of this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record including non-party P.C.F. PROPERTIES LLC,  on August 7, 2025.

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
Cypress, Tx 77429

*Attorney of Record for PCF Properties in Texas LLC  party named in this case.*

/s/James M. Andersen

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below
was filed under Chapter 7 of the United States Bankruptcy
Code, entered on 08/06/2025 at 2:52 PM and filed on
08/06/2025.

**Ernesto Simpson**
8202 Terra Valley Lane
Tomball, TX 77375
SSN / ITIN: xxx-xx-4690

The bankruptcy trustee is:

**Kenneth Silverman**
RIMON P. C.
Kenneth Silverman, Chapter 7 Trustee
100 Jericho Quadrangle, #300
Jericho, NY 11753
516-479-6369

The case was assigned case number 25-11742-jpm to Judge John P. Mastando III.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or
not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a
debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to
determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at
our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York,
NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**