IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS<br><br>*Debtor* | Case No. 25-11431 (Chapter 13)<br><br>(Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division) |
| **ERNESTO SIMPSON**<br><br>V.<br><br>**PCF PROPERTIES IN TEXAS LLC** | Adv. Pro. No. 25-03586 |

### CERTIFICATE OF GOOD FAITH

I, JAMES M. ANDERSEN, am over the age of eighteen years of age and capable of making this affidavit based on my own personal knowledge of the facts. I have read the Ex Parte Motion to Recuse and state that it is being filed in good faith pursuant to 28 U.S.C. §§ 144.

*/s/ James M. Andersen*
James M. Andersen

### Acknowledgement

Subscribed and sworn to before me this _9th_ day of August 2025 by James M. Andersen

_____
Notary Public

SHABBIR ZAKIR
Notary Public
STATE OF TEXAS
NOTARY ID # 131688716
My Comm. Expires 08-20-2026