**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re: ELIZABETH THOMAS** | **Case No. 25-11431 (Chapter 13)** |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-03586 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |

**STATUS OF COUNSEL COMPLIANCE WITH COURT ORDER**

Attorney James M. Andersen seeks the court record to reflect that he has conferred with the U.S .Marshals in that I will appear in Court on August 11, 2025, however this appearance is not in representation of Ernesto Simpson as I do not have an attorney client agreement to represent Mr. Simpson before this court.

Counsel has also confirmed that Mr. Simpson as of August 6, 2025 is under the protection  of the bankruptcy stay and counsel believes these actions are in direct violation of his automatic stay.

Respectfully submitted

/s/**James M. Andersen**
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

**CERTIFICATE OF SERVICE**

I certify that  Service of this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record on August 10, 2025.

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
 Cypress, Tx 77429

/s/**James M. Andersen**