United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | OUT OF DISTRICT DEBTOR |
| ELIZABETH THOMAS, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| ERNESTO SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| P.C.F. PROPERTIES IN TX, LLC[1], | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING RECUSAL

For the reasons set forth on the record on this date, the Motion to Recuse (ECF No. 30) is denied.

SIGNED 08/11/2025

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The Plaintiff alleges that the proper defendant is a Colorado entity bearing a similar name. The true defendant is the defendant listed in the style of the case. The Court orders that all filings in this case now reflect the name of the true defendant, in fact, "P.C.F. Properties in Tx, LLC."