UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re: Elizabeth Thomas
*Debtos*

|  |  |
|---|---|
| § | Civil Action No 4:25cv3751 |
| § |  |
| § | Bankruptcy Case No 25adv03609 |
| § |  |
| § |  |

Ernesto Simpson

Appellant

## Notice of Filing of an Appeal

1. A notice of appeal to the district court was filed before the bankruptcy court on August 10, 2025

2. This appeal has been assigned to United States District Judge Keith P Ellison

3. The appeal has been docketed as 25cv3751

4. Motions affecting this appeal, or the judgment or order from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

5. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record. *See* Fed. R. Bankr. P. 8009. Within 14 days after being served with the appellant's designation, appellees may file additional designations.

6. Designations of the record must be filed with the bankruptcy court. Do not file copies of designated items that are already on file with the bankruptcy court. Parties must electronically file copies of admitted trial exhibits they designate for inclusion in the record.

Date August 11, 2025

Nathan Ochsner, Clerk of Court
_____H. Lerma_____Deputy Clerk