United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | OUT OF DISTRICT DEBTOR |
| ELIZABETH THOMAS, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| ERNESTO SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| P.C.F. PROPERTIES IN TX, LLC[1], | § | |
| | § | |
| Defendant. | § | |

## ORDER FOLLOWING CIVIL CONTEMPT HEARING

The Court held a hearing on this date to determine whether James Andersen had purged his civil contempt. Following that hearing, the Court orders:

1. Mr. Andersen did appear at a hearing on this date. He has now (albeit by compulsion) satisfied that portion of the civil contempt order. He may be called back at any time until this matter is resolved.

2. Mr. Andersen has made no attempt whatsoever to comply with the balance of the Court's civil contempt order against him. To date, no effort has been made to submit the document attached as Exhibit "A" to the Court's order issued at ECF No. 22. He will remain in civil coercive custody pending his compliance.

3. Mr. Andersen has complained that he does not have access to his legal files. He alleges that those files are in his car, parked near the United States Courthouse. The USMS is directed to return Mr. Andersen to the United States Courthouse on August 12, 2025 and to allow him to retrieve his legal files from his car. He will also be allowed access to his cell phone at reasonable times and manners consistent with USMS policy. Mr. Andersen is prohibited from communicating with Elizabeth Thomas or Alzadia Spires or anyone else known to be involved in this adversary proceeding; provided, Mr. Andersen may freely communicate with Mr. Simpson.

---

[1] The Plaintiff alleges that the proper defendant is a Colorado entity bearing a similar name. The true defendant is the defendant listed in the style of the case. The Court orders that all filings in this case now reflect the name of the true defendant, in fact, "P.C.F. Properties in Tx, LLC."

4. The Court does not direct where the USMS will house Mr. Andersen pending his compliance with the Court's civil contempt order.

5. Mr. Andersen was informed that the Court will order his release by USMS upon his compliance with the Court's civil contempt order. To demonstrate his compliance, a copy of the document, executed by Ernesto Simpson and James Andersen, must be filed on the Court's docket sheet. The Court will review the executed document to determine whether it was executed in compliance with the civil contempt order. Upon satisfaction of the civil contempt order, the Court will direct his release.

6. A copy of this Order is to be provided by the USMS to Mr. Andersen.

7. Mr. Andersen requested information about how quickly he is required to act. He is already past his deadline for acting. He will be held indefinitely pending compliance with the Court's civil contempt order. He will then be promptly released.

SIGNED 08/11/2025

_____
Marvin Isgur
United States Bankruptcy Judge