EXHIBIT "A"

United States Courts
Southern District of Texas
FILED

AUG 1 2 2025

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **OUT OF DISTRICT DEBTOR** |
| | § | |
| **ELIZABETH THOMAS,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **ERNESTO SIMPSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 25-3609** |
| | § | |
| **P.C.F. PROPERTIES IN TX, LLC³,** | § | |
| | § | |
| Defendant. | § | |

### MOTION FOR DISMISSAL WITH PREJUDICE AGAINST REFILING

My name is Ernesto Simpson. On August 3, 2025, attorney James Anderson filed the Notice of Removal of this case from the Harris County Courts to this Court. Mr. Anderson was acting on my behalf when he filed that Notice of Removal and the Amended Notice of Removal.

I understand that the entire state Court lawsuit is now pending before this Court.

I have been informed that the Court has vacated the judgments, orders and decrees previously entered by the state court that were admitted as Exhibits 7-6 and 7-8 at a hearing on August 7, 2025. He has also stricken the Rule 11 Agreement that was admitted as Exhibit 7-7.

I now move to dismiss this case, with prejudice against refiling. I understand that the Court has advised that the dismissal of this case may leave me subject to sanctions, civil and criminal penalties.

| | |
|---|---|
| _____ | _____ |
| Ernesto Simpson | Date signed |
| _James Anderson_ | _8-12-2025_ |
| James Anderson | Date signed |
| _____ | |

³ The Plaintiff alleges that the proper defendant is a Colorado entity bearing a similar name. The true defendant is the defendant listed in the style of the case. The Court orders that all filings in this case now reflect the name of the true defendant-in-fact, "P.C.F. Properties in TX, LLC."