United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 12, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **OUT OF DISTRICT DEBTOR** |
| | § | |
| **ELIZABETH THOMAS,** | § | **CHAPTER 7** |
| | § | |
| Debtor. | § | |
| | § | |
| **ERNESTO SIMPSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 25-3609** |
| | § | |
| **P.C.F PROPERTIES IN TX LLC**[1]**,** | § | |
| | § | |
| Defendant. | § | |

### ORDER FOLLOWING REVIEW OF ECF NO. 40

Attorney James Andersen has filed a document that he apparently believes cures his civil contempt. It does not. He is required to file a document that bears both his signature and Ernesto Simpson's signature. The document does not contain Mr. Simpson's signature.

The USMS has reported to the Court that Mr. Andersen alleges that he does not have contact information for Mr. Simpson. If Mr. Andersen alleges that it is impossible for him to comply with this Court's civil contempt order, he may file an appropriate motion. The burden of proof will be on Mr. Andersen.

Mr. Andersen is cautioned that his prior false statements to the Court will be considered when the Court determines the credibility of his allegations. He is urged to include documentary proof demonstrating impossibility.

If he chooses to file the motion, he will be given a prompt hearing.

---

[1] The Plaintiff alleges that the proper defendant is a Colorado entity bearing a similar name. The true defendant is the defendant listed in the style of the case. The Court orders that all filings in this case now reflect the name of the true defendant-in-fact, "P.C.F. Properties in TX, LLC."

SIGNED 08/12/2025

Marvin Isgur
United States Bankruptcy Judge