USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Ernesto Simpson | COURT CASE NUMBER<br>25-3609 |
|---|---|
| DEFENDANT<br>P.C.F. Properties in TX, LLC | TYPE OF PROCESS<br>Civil Contempt |

RECEIVED UNITED STATES SOUTHERN DIST. S/TX

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  James Michael Anderson
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  17041 El Camino Real, Ste 204, Houston, TX 77058

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

United States Courts
Southern District of Texas
FILED
AUG 19 2025
Nathan Ochsner, Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Attorney James Michael Anderson can be contacted at (281) 488-2800 or jandersen.law@gmail.com.

He lists a PO Box address at: PO Box 58554, Webster, TX 77598-8554

| Signature of Attorney other Originator requesting service on behalf of: *Bankruptcy Judge* ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>713-250-5635 | DATE<br>8/8/25 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>08/09/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only different than shown above) | Date<br>08/11/25 | Time<br>1:10 | ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>*Israel Barajas* | | |

| Service Fee<br>165 | Total Mileage Charges including endeavors)<br>0 | Forwarding Fee<br>0 | Total Charges<br>65 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
Subject was arrested by DUSM Ingles on 08/11/2025 after Anderson showed up to the courthouse.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80