IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ERNESTO, SIMPSON

    *Appellant*       Adv. Pro. No. 25-03609

vs.

PCF PROPERTIES IN TEXAS LLC

    *Appellee*

United States Courts
Southern District of Texas
FILED
AUG 20 2025
Nathan Ochsner, Clerk of Court

APPELLANTS DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of Bankruptcy Practice and Procedure Ernesto Simpson (the "Appellants") pro, se respectfully submits the following designation items to be included in the record on appeal:

| Docket No. | Date | Title Pleadings |
|---|---|---|
| Doc. 8 | 8/6/2025 | Amended Notice Removal [last live pleadings before the court before orders] |
| Doc. 3 | 8/4/2025 | Motion to Remand |
| Doc. 4 | 8/4/2025 | Motion to Strike |
| Doc. 5 | 8/5/2025 | Order for Emergency Hearing |
| Doc. 7 | 8/6/2025 | 2 Exhibit SUMMARY JUDGMENT Exhibits# 6 Exhibit AGREED RESTRAINING ORDER # 7 Exhibit RULE 11 AGREEMENT # 8 Exhibit AGREED FINAL JUDGMENT # 9 Exhibit INCIDENT REPORT # 10 Exhibit P.C.F. MOTION TO VACATE FINAL JUDGMENT |
| Doc. 10 | 8/6/2025 | Motion to Continue Hearing |
| Doc. 11 | 8/06/2025 | Order Denying Motion to Continue Hearing |
| Doc.12 | 8/7/2025 | Response and Objection for Evidentiary Hearing and all exhibits 1 thru 6 |
| Doc. 13 | 8/7/2025 | Retainer Agreement with James M. Andersen |
| Doc. 14 | 8/7/2025 | Status Report |
| Doc. 15 | 8/7/2025 | Suggestion of Bankruptcy |
| Doc.21 | 8/7/2025 | Order Vacating Certain Orders Issued Prior to Removal |
| Doc.22 | 8/7/2025 | Order Following Civil Contempt Hearing Holding Two Individuals in Civil Contempt |
| Doc. 28 | 8/102025 | Notice of Appeal |
| Doc. 39 | 8/11/2025 | Order Following Civil Contempt Hearing |
| Doc.40 | 8/1/22025 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing |
| Doc. 41 | 8/12/2025 | Order Following Review |
| Doc. 42 | 8/13/2025 | Email received by Clerk from Ernesto Simpson |
| Dco.48 | 8/14/2025 | Declaration re: *Case Status* Ernesto Simpson |
| | | **Filing of State Court Records and all attached Documents** |
| | | Docket Sheet |

1 | Page

## STATEMENT OF ISSUES

Whether a party can remove a state court closed and disposed of case to federal?

Whether a party can remove a state court closed and disposed of case to bankruptcy court where no bankruptcy case/estate is pending?

Whether a non-party who was never made a party to a state court action prior to removal automatically becomes a party in federal without filing a Motion to Intervene?

Whether a non-party to the case can file a motion to remand?

Whether the Bankruptcy Court erred in determining it held jurisdiction over non-debtors claims?

Whether the Bankruptcy Court erred in sitting as a appellate court?

Whether African American in the State of Texas is protected by the bankruptcy automatic stay upon filing a petition?

Whether debtor can be forced to violate their own bankruptcy automatic stay?

Whether the Bankruptcy Court orders are void due to being entered violation of the New York Bankruptcy Court Automatic Stay?

Whether the Bankruptcy Court forced a party to dismiss their case with prejudice under the duress of being confined?

## ORDERING OF TRANSCRIPT

The Appellant is without funds to order the hearing transcript at this time.

Respectfully submitted

/s/ Ernesto Simpson  *Ernesto Simpson*
Ernesto Simpson Pro, Se
8202 Terra Valley Lane
Tomball Tx. 77375
N/A has No Phone Number at this time
N/A has No email address at this time

## CERTIFICATE OF SERVICE

    I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of on August 18, 2025.

/s/ Ernesto Simpson
