IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ELIZABETH THOMAS | ) | Case No. 25-12431 (Chapter 13) |
| *Debtor* | ) | (Pending in the United States Bankruptcy |
| | ) | Court for the Southern District of New |
| | ) | York, Manhattan Division) |
| | ) | |
| ERNESTO SIMPSON | ) | |
| | ) | ADVERSARY NO. 25-03609 |
| V. | ) | |
| | ) | |
| P.C.F. PROPERTIES IN TX, LLC | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The undersigned, Daniel Kistler, Attorney at Law, hereby notices his appearance on behalf of James M. Andersen in this adversary proceeding.

    Respectfully submitted,

**DANIEL KISTLER,**
**ATTORNEY AT LAW**
**/s/ Daniel Kistler**
SBOT #11540300
SDTX ID:  30
Office Address:
17041 El Camino Real, Ste. 204
Houston, Texas  77058
Mailing Address:
2617C West Holcombe, No. 421
Houston, Texas  77025
Telephone:  (713) 855-0827
Facsimile:   (866) 352-5124
kistlerattorney@comcast.net

ATTORNEY FOR JAMES M. ANDERSEN

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2025, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record and interested parties through the PACER CM/ECF system.

John V. Burger
David W. Barry
Anna Clement Sewart
Barry & Sewart, PLLC
4151 Southwest Freeway, Ste. 680
Houston, Texas 77027
Email: evictions@barryandsewart.com;  john@barryandsewart.com

Alzadia Spires
17515 Spring-Cypress Rd., #C630
Cypress, Texas  77429

Ernesto Simpson, pro se
Email (last known): ernestosimpson122@gmail.com

Elizabeth Thomas
712 H Street, N.E., #1297
Washington, D.C. 20002
Email: elizthomas234@gmail.com

**/s/ Daniel Kistler**