IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE: ELIZABETH THOMAS** | ) | Case No. 25-12431 (Chapter 13) |
| *Debtor* | ) | (Pending in the United States Bankruptcy |
| | ) | Court for the Southern District of New |
| | ) | York, Manhattan Division) |
| | ) | |
| **ERNESTO SIMPSON** | ) | |
| | ) | **ADVERSARY NO. 25-03609** |
| V. | ) | |
| | ) | |
| **P.C.F. PROPERTIES IN TX, LLC** | ) | |
| | ) | |

**JAMES M. ANDERSEN'S NOTICE OF APPEAL FROM
CIVIL CONTEMPT AND DETENTION ORDERS**

1.   James M. Andersen, incorrectly named James Anderson in the civil contempt orders appealed from herein, referred to herein as "Andersen," files this Notice of Appeal from two orders of civil contempt, entered August 7, 2025 (Doc. No. 22) and August 11, 2025 (Doc. No. 37). Copies of both Orders are attached hereto as Exhibits A and B.

2.   Andersen brings this appeal in his individual capacity as a non-party who is a subject to civil contempt orders, by virtue of which he has been incarcerated in the custody of the United States Marshalls Service since August 11, 2025.

3.   This appeal is taken to the United States District Court for the Southern District of Texas, Houston division, or such other court that has original jurisdiction.

4.   A Motion for Leave to File Appeal has been filed herewith.

Respectfully submitted,

**DANIEL KISTLER,
ATTORNEY AT LAW**
**/s/ Daniel Kistler**
SBOT #11540300
SDTX ID: 30

                            Office Address:
                            17041 El Camino Real, Ste. 204
                            Houston, Texas  77058
                            Mailing Address:
                            2617C West Holcombe, No. 421
                            Houston, Texas  77025
                            Telephone:  (713) 855-0827
                            Facsimile:   (866) 352-5124
                            kistlerattorney@comcast.net

                            ATTORNEY FOR JAMES M. ANDERSEN

## CERTIFICATE OF SERVICE

     I hereby certify that on this 25th day of August, 2025, a true and correct copy of the foregoing Notice of Appeal was served on all counsel of record and interested parties through the PACER CM/ECF system.

John V. Burger
David W. Barry
Anna Clement Sewart
Barry & Sewart, PLLC
4151 Southwest Freeway, Ste. 680
Houston, Texas 77027
Email: evictions@barryandsewart.com;  john@barryandsewart.com

Alzadia Spires
17515 Spring-Cypress Rd., #C630
Cypress, Texas  77429

Ernesto Simpson, pro se
Email (last known): ernestosimpson122@gmail.com

Elizabeth Thomas
712 H Street, N.E., #1297
Washington, D.C. 20002
Email: elizthomas234@gmail.com

                            **/s/ Daniel Kistler**