United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ERNESTO SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| PCF PROPERTIES IN TEXAS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER FOR EMERGENCY STATUS CONFERENCE
### AT 10:00 A.M. ON AUGUST 26, 2025
### (In Person or Audio and Video Attendance Permitted)

James Andersen is presently in the custody of the United States Marshal pending resolution of his civil contempt. The Court's Civil Contempt Order was entered on August 7, 2025, at ECF No. 22. On August 10, 2025, Mr. Andersen filed a Notice of Appeal of the Civil Contempt Order. The Notice of Appeal purports to be filed by Mr. Andersen on behalf of Ernesto Simpson.

The appeal was assigned to United States District Judge Keith Ellison and was assigned case number 25-cv-3751.

On August 11, 2025, Mr. Andersen was taken into custody by the United States Marshals Service. Also on August 11, 2025, Mr. Andersen appeared before the Court at an emergency hearing. *See* ECF No. 38. Mr. Andersen was granted access to all of his legal files.

Following the August 11, 2025 hearing and August 25, 2025, Mr. Andersen filed no documents with the Court. In particular, he never asserted that it was impossible for him to comply with the Court's order.

At 11:08 p.m. on August 25, 2025, attorney Dan Kistler filed his notice of appearance on behalf of Mr. Andersen. ECF No. 51. At 11:12 p.m. on August 25, 2025, Mr. Kistler filed a new Notice of Appeal. ECF No. 52. At 11:16 p.m. on August 25, 2025, Mr. Kistler filed a Motion for Leave to Appeal. ECF No. 53.

The substance of the Motion for Leave to Appeal asserts that it is impossible for Mr. Andersen to comply with this Court's orders. At 10:00 a.m. on August 26, 2025, the Court will conduct an emergency status conference. At the status conference, the Court will schedule an evidentiary hearing so that Mr. Andersen will be able to present evidence of impossibility. Mr. Kistler should be prepared to discuss when he will be prepared to present appropriate evidence.

With respect to whether Leave to Appeal should be granted, the Court notes that there are a number of preclusion orders issued by the United States District Court with respect to matters that are related to this removed case. *See* ECF 7-18 through 7-22. One of the hearings that Mr. Andersen failed to attend was a hearing scheduled for August 7, 2025, regarding whether Mr. Andersen was acting in concert with Elizabeth Thomas in derogation of the preclusion orders. *See* ECF No. 6. The Court notes that the United States District Court has applied the preclusion orders to an appeal filed by Mr. Andersen on behalf of Ms. Thomas in a related case. *See* Civil Action 25-3764, ECF No. 2; Notice of Appeal filed in Case 25-60062 filed by Mr. Andersen, ECF No. 21.

Because Mr. Andersen failed to attend the hearing, the Court has not yet determined whether the preclusion orders apply to Mr. Andersen's actions in removing this case from the Harris County Courts. The Court notes that the Motion for Leave was not filed in the District Court appeal that is pending before Judge Ellison. At the status conference, the Court will (i) inquire as to whether the Motion for Leave to Appeal is properly directed to Judge Ellison; and (ii) if appropriate, schedule an evidentiary hearing on whether Mr. Andersen was acting in concert with Ms. Thomas.

SIGNED 08/26/2025

_____
Marvin Isgur
United States Bankruptcy Judge