United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ERNESTO SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| PCF PROPERTIES IN TEXAS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE TO BRING JAMES M. ANDERSEN TO COURT HEARING

The United States Marshals Service is ordered to produce James Andersen at Courtroom 404, 515 Rusk Avenue Houston, TX 77002, at 8 a.m. (or as soon thereafter as is reasonably practical) on Wednesday, August 27, 2025.

SIGNED 08/26/2025

_____
Marvin Isgur
United States Bankruptcy Judge