USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 25-03609 Document 57 Filed in TXSB on 08/26/25 Page 1 of 1

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ernesto Simpson | 25-3609   25-03609 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| P.C.F. Properties in TX, LLC | Civil Contempt |

RECEIVED  
UNITED STATES MARSHAL  
2025 AUG -8 AM 11:11  
SOUTHERN DIST. S/TX

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ernesto Simpson
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 113th Street & Frederick Douglass Bvd., New York, NY 10026

United States Courts  
Southern District of Texas  
FILED  
AUG 2 6 2025  
Nathan Ochsner, Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Ernesto Simpson lists "8202 Terra Valley Lane, Tomball Tx 77375" as his mailing address in his bankruptcy schedules, but the Court does not believe that the Terra Valley property is his actual mailing address. Please see attached documents. Simpson's attorney of record, James Michael Anderson, can be contacted at (281) 488-2800 or jandersen.law@gmail.com. Mr. Anderson's listed address is "PO Box 58554, Webster, Texas 77598-8554.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: 713-250-5635  
DATE: 8/8/25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No.: 79  
District to Serve No.:  
Signature of Authorized USMS Deputy or Clerk: Karen Flores  
Date: 8/8/2025

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8-25-25  
Time: ☐ am ☐ pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Returned unexecuted, waiting on new order, and correct address.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 12/80