United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ERNESTO SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| PCF PROPERTIES IN TEXAS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DIRECTING CLERK OF COURT
TO TERMINATE JAMES ANDERSEN'S CMF/ECF PRIVILEGES**

The Clerk is directed to terminate attorney James M. Andersen's CM/ECF privileges.

SIGNED 08/27/2025

_____
Marvin Isgur
United States Bankruptcy Judge