United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ERNESTO SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| PCF PROPERTIES IN TEXAS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOLLOWING EVIDENTIARY HEARING

For the reasons set forth on the record during the August 27, 2025 hearing, the Court orders:

(1) James Andersen is ordered to turn over all electronic devices (and their passwords), case files, and other documents in his possession, custody, or control that contain communications between himself and

   a. Ernesto Simpson,

   b. Elizabeth Thomas,

   c. Alzadia Spires,

   d. PCF Properties (or any similarly named entity), or

   e. any other person (excluding Mr. Kistler) if the subject matter relates to (i) the property located at 8202 Terra Valley Lane, Tomball, TX 77375, (ii) Ernesto Simpson, (iii) PCF Properties (or any similarly named entity), or (iv) Elizabeth Thomas.

      The items described in this paragraph are defined as the "Devices and Documents. The Devices and Documents must be hand delivered to Courtroom Deputy Aaron Jackson.

(2) Mr. Andersen, acting through counsel, is ordered to turn over the Devices and Documents to Mr. Jackson at the United States Courthouse no later than 4:00 p.m. on August 28, 2025.

(3) Mr. Andersen has until 5:00 p.m. on September 3, 2025 to file any assertion of his Fifth Amendment privilege with respect to the Devices or Documents.

(4) If Mr. Andersen asserts a Fifth Amendment privilege with respect to the Devices or Documents, the Court will set a briefing schedule on that issue.

(5) Upon receipt of the Devices and Documents, the Court will hold the Devices and Documents in camera and will not inspect them until the earlier of (i) September 3, 2025 (if no timely assertion a Fifth Amendment privilege has been made); or (ii) entry of a further Court order after briefing (if the Court determines that no such privilege exists).

SIGNED 08/27/2025

                                              Marvin Isgur
                                  United States Bankruptcy Judge