# DANIEL KISTLER, ATTORNEY AT LAW

Office Address
17041 El Camino Real, Ste. 204
Houston, Texas  77058
Mailing Address
2617C West Holcombe No. 421
Houston, Texas  77025
Telephone:  (713) 855-0827
Facsimile:   (866) 352-5124
kistlerattorney@comcast.net

August 28, 2025

Via hand delivery

Mr. Aaron Jackson
Courtroom Deputy for
The Hon. Marvin Isgur
United States Bankruptcy Court for
The Southern District of Texas, Houston Division
515 Rusk
Houston, TX 77002

      RE: Adversary Proceeding 25-03609; Ernesto Simpson v P.C.F. Properties in TX, LLC. PRODUCTION OF ELECTRONIC DEVICES AND DOCUMENTS

Dear Mr. Jackson:

      Pursuant to Judge Isgur's August 27, 2025 Order Following Evidentiary Hearing (Document No. 64), I am personally delivering to you the following electronic devices:

a. HP Pro 3405 Series MT Desktop computer, Serial No. MXL2310NKJ with power cable.
b. HP Laptop with power cable.
c. iPhone 8 with power cable.

      Due to the disarray in Mr. Andersen's office, I have not been able to complete a search of his files and folders for any required additional hard copies of documents. I will be filing an appropriate motion for an extension of time to produce those documents.

      The usernames and passwords for these documents are being provided by separate document.

Thank you for your time and attention to this matter.

Very truly yours,

Daniel Kistler

DK/no

Cc: John V. Burger
Ernesto Simpson
Elizabeth Thomas
Alzidia Spires
United States Trustee, Southern District of Texas.