

Model 14-bs153od
HP Laptop
ProdID 1KU71UA#ABA
S/N# 5CD8141LZM
Warranty 1y1y0y