# DANIEL KISTLER, ATTORNEY AT LAW

Office Address
17041 El Camino Real, Ste. 204
Houston, Texas  77058
Mailing Address
2617C West Holcombe No. 421
Houston, Texas  77025
Telephone:  (713) 855-0827
Facsimile:  (866) 352-5124
kistlerattorney@comcast.net

September 2, 2025

Via hand delivery

Mr. Aaron Jackson
Courtroom Deputy for
The Hon. Marvin Isgur
United States Bankruptcy Court for
The Southern District of Texas, Houston Division
515 Rusk
Houston, TX 77002

      RE: Adversary Proceeding 25-03609; Ernesto Simpson v P.C.F. Properties in TX, LLC. PRODUCTION OF ELECTRONIC DEVICES AND DOCUMENTS

Dear Mr. Jackson:

      Pursuant to Judge Isgur's August 27, 2025 Order Following Evidentiary Hearing (Document No. 64), I am personally delivering to you five (5) boxes containing all documents and case files that I have been able to locate in James Andersen's office responsive to the above-referenced Order.

      Very truly yours,

      Daniel Kistler

DK/no

Cc:   John V. Burger
       Ernesto Simpson
       Elizabeth Thomas
       Alzidia Spires
       United States Trustee, Southern District of Texas.