UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| ERNESTO SIMPSON | § | Civil Action No. 4:25-cv-04129 |
|    Debtor | § | |
| | § | Bankruptcy Case No. 25-03609 |
| ERNESTO SIMPSON | § | |
| Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 8/20/2025. The designation of the record was due on 9/3/2025. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☒ The filing fee has not been paid.

   ☒ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: September 8, 2025

                                                                Nathan Ochsner, Clerk of Court
                                                                 <u>S. Thomas</u>
                                                                 Deputy Clerk