UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  OUT OF DISTRICT MAIN CASE § | | |
| Debtor, § | Case No. 99-99999 | |
| § | | |
| § | Chapter 7 | |
| § | | |
| **ERNESTO SIMPSON** § | | |
| § | Adv. No. 25-03609 | |
| v. § | | |
| § | | |
| **P.C.F. PROPERTIES IN TX, LLC** § | | |
| § | | |

NOTICE OF RULE 2004 EXAMINATION OF ELIZABETH THOMAS

COMES NOW, P.C.F. PROPERTIES IN TX, LLC ("Party-in-Interest"), by and through the undersigned Counsel of Record, and serves it Notice of Rule 2004 Examination on ELIZABETH THOMAS, and such examination under oath shall be conducted on SEPTEMBER 19, 2025, 10:00 a.m., at the Law Offices of Barry & Sewart, PLLC, 4151 Southwest Freeway, Suite 680, Houston, TX 77027.  The examination will continue from day to day until completed.  If the examinee receives this notice less than seven (7) days prior to the scheduled examination date (or less than 10 days if examination is taking place outside of Houston, TX), the examination will be rescheduled upon timely request to a mutually agreeable time.

The Rule 2004 Examination will be conducted pursuant to Bankruptcy Rule 2004 and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.

Examinee, ELIZABETH THOMAS, is further ordered to bring to the examination all of the documents described on the attached schedule.

Examinee, ELIZABETH THOMAS, is also ordered to produce copies of all documents establishing her identity (including but not limited to her current driver's license, Social Security Card, and/or any other government-issued documents), proof of residence and/or habitation, and any other documents

I certify that a true and correct copy of this notice was mailed on the 9th day of Septeember, 2025, to all persons indicated below.

Respectfully submitted,

BARRY AND SEWART, PLLC


   */s/ John V. Burger*
John V. Burger
Texas Bar No. 03378650
SD Id. No. 13176
Barry & Sewart, PLLC
4151 S.W. Frwy Suite 680
Houston, TX 77027
Tel:     713-722-0281
Fax:    713-722-8673
Email: john@barryandsewart.com
Email: bankruptcy@burgerlawfirm.com

**CERTIFICATE OF SERVICE**

       I do hereby certify that a true and correct copy of the forgoing was served to all parties in interest listed below by electronic delivery as allowed by the Federal and Local Rules of Bankruptcy Procedure and the and on the attached sheet by first class United States mail, postage prepaid, on or before the September 9, 2025.

Elizabeth Thomas Self Represented
712 H Street NE #1297
Washington D.C. 20002

       And via email at:       elizthomas234@gmail.com and tethomas3@aol.com

James M. Andersen
c/o Daniel Kistler, Attorney at Law
2617C West Holcombe, No. 421
Houston, TX 77025

       Via Email:       kistlerattorney@comcast.com

Alzadia Spires
17515 Spring-Cypress Road, Suite #C630
Cypress, TX 77429

PCF Investments Inc.
1942 Broadway St, Ste. 314c
Boulder, CO 80302

Christopher R. Murray, Chapter 7 Trustee
Jones Murrary, LLP
602 Sawyer Street, Suite 400
Houston, TX 77007

       Email: chris@jonesmurray.com

**Vianey Garza**
Trial Attorney
U.S. Dept. of Justice | Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

       Email: vianey.garza@usdoj.gov

EXHIBIT A DOCUMENTS TO BE
PRODUCED

Pursuant to Bankruptcy Rule of Procedure 2004, Examinee, ELIZABETH THOMAS, shall appear at the Rule 2004 Examination and shall produce the following documents:

1. A current copy of your Texas Driver's License

2. A current copy of your New York Driver's License

3. A current copy of your Social Security Number

4. All individual Form 1040 federal tax returns for the tax year 2025

5. All individual Form 1040 federal tax returns for the tax year 2024.

6. All individual Form 1040 federal tax returns for the tax year 2023

7. All individual Form 1040 federal tax returns for the tax year 2022

8. All individual Form 1040 federal tax returns for the tax year 2021

9. All individual Form 1040 federal tax returns for the tax year 2020

10. All individual Form 1040 federal tax returns for the tax year 2019

11. All individual Form 1040 federal tax returns for the tax year 2018

12. A copy of all corporate documents, including organizational minutes, operating and/or management agreements, certificates of formation, or certificates of good standing relating to the Colorado corporation PCF Properties in Texas LLC.

13. All documents relating to Case No. 2020-35780, and styled *Elizabeth Thomas, et al v. PCF Properties in Texas, LLC (sic), et al*, and pending in the 80th District Court, Harris County, Texas.

14. All documents relating to Case No. 01-23-00331-CV, and styled *Elizabeth Thomas, et al v. PCF Properties in Texas, LLC (sic), et al*, and pending in the First District Court of Appeals, Houston, Texas

15. All contracts, legal engagement records or agreements between you and James Andersen for the period of January 1, 2011, up to and including August 25, 2025.

16. All documents, emails, text messages between you and Jasmine Jarbis for the period of January 1, 2011, up to and including August 25, 2025.

17. All documents, emails, text messages between you and ween you and JaVaughn Muhamed for the period of January 1, 2011, up to and including August 25, 2025.

18. All documents, emails, text messages between you and you and Shelby Spires for the period of January 1, 2011, up to and including August 25, 2025.

19. All documents, emails, text messages between you and Alzadia Spires for the period of January 1, 2011, up to and including August 25, 2025.

20. All documents showing PCF Properties in Texas LLC, a Colorado corporation owns any interest in and to the property located at 8202 Terra Valley Lane, Tomball, TX 77375.

21. All documents showing who the member or management interest holders of to the Colorado corporation PCF Properties in Texas LLC.

22. All documents, including emails, text messages, letters, or any other type of document between you and Liberty Property Management LLC for the period of January 1, 2011, up to and including August 25, 2025.

23. All documents relating to Case No. 23-34971-H5-13, and styled *In re Elizabeth Thomas, Debtor*, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

24. All documents relating to Case No. 24-11375-mew-7, and styled *In re Allan Armando Haye, Debtor*, pending in the United States Bankruptcy Court for the Southern District of New York.

25. All documents relating to Adv. No. 24-08005, and styled *James Allen, et al v. PCF Properties in Texas, LLC, (sic), et al*, pending in the United States Bankruptcy Court for the Southern District of Texas, Galveston Division.

26. All documents relating to each and every creditor to whom you owe sum of money.

27. All documents relating to or evidencing legal fees paid by you or on your behalf to the law office of James M. Andersen for any and all legal work performed for you or on your behalf.

28. All documents relating to or evidencing legal fees paid by you or on behalf of Allan Haye for any and all legal work for you or for your benefit.

29. All documents relating to or evidencing legal fees paid by you or on behalf of Jasmine Jarbis for any and all legal work for you or on your behalf or benefit.

30. All documents relating to or evidencing legal fees paid by you or on behalf of Monique Moore for any and all legal work for you or on your behalf or benefit.

31. All documents relating to or evidencing legal fees paid by you or on behalf of Sarah Jarbis for any and all legal work for you or on your behalf or benefit.

32  All documents relating to or evidencing legal fees paid by you or on behalf of Omari Thomas for any and all legal work for you or on your behalf or benefit.

33. All documents relating to or evidencing legal fees paid by you or on behalf of Robert Thomas for any and all legal work for you or on your behalf or benefit.

34. All documents relating to or evidencing legal fees paid by you or on behalf of JaVaughn Mohamed for any and all legal work for you or on your behalf or benefit.

35. All documents relating to or evidencing legal fees paid by you or on behalf Greg Spires for any and all legal work for you or on your behalf or benefit.

36. All documents relating to or evidencing legal fees paid by you or on behalf Shelvy Spires for any and all legal work for you or on your behalf or benefit.

37. All documents relating to any bank account(s), including but not limited to savings accounts, checking accounts, money market accounts, certificate(s) of deposit, or other financial accounts with any federally insured banking institution(s) under your control or subject to your control and/or dominion from January 1, 2018 through August 24, 2025.

38. All documents relating to any stock, share, or other trading or investment account(s), including individual retirement account(s), SEP account(s), in any public or private traded investment financial institution(s), under your control or subject to your control and/or dominion from January 1, 2018 through August 24, 2025.

39. All contracts, legal engagement records or agreements between you, James Andersen, and Liberty Property Management LLC for the period of January 1, 2011, up to and including August 25, 2025.

40. All documents relating to any and all communications, whether by email, text, telephone, written correspondence you have had with Ernesto Simpson from 2010 through the present.

41. All documents relating to any and all communications, whether by email, text, telephone, written correspondence you have had with Omar Perez from 2010 through the present.

42. All documents in your possession supporting your attempts to change the ownership of the property located at 8202 Terra Valley Lane, Tomball, TX 77375 with the Harris County Appraisal District.

43. All documents in your possession supporting your attempts to change the title or ownership of the property located at 8202 Terra Valley Lane, Tomball, TX 77375 with the Harris County Clerk in the Harris County Real Property Records office.

44. All documents relating to Case No. 25-12431, and styled *In re Elizabeth Thomas, Debtor,* pending in the United States Bankruptcy Court for the Southern District of New York.

45. All documents relating to Case No. 25-_____ and styled *In re Ernesto Simpson, Debtor* pending in the United States Bankruptcy Court for the Southern District of New York.

46. All documents relating to any and all communications, whether by email, text, telephone, written correspondence you have had with Omar Perez from 2010 through the present.