UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: Elizabeth Thomas | § | |
| | § | Civil Action No. 4:25cv4041 |
| Debtor | § | |
| | § | Bankruptcy Case No. 25adv3609 |
| James M. Andersen | § | |
| Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 8/25/2025. The designation of the record was due on 9/8/2025. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

  ☐  The filing fee has not been paid.

  ☒  The record has not been designated.

  ☐  The record designated by the appellant includes transcripts that have not been ordered.

  ☐  The appellant has not arranged to pay for the transcripts designated.

Date: September 11, 2025

                                            Nathan Ochsner, Clerk of Court
                                                H. Lerma
                                                Deputy Clerk