United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | | CHAPTER 7 |
| Debtor. | | |
| ERNESTO SIMPSON, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | ADVERSARY NO. 25-3609 |
| PCF PROPERTIES IN TEXAS LLC, *et al.*, | | |
| Defendants. | | |

### ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS ATTORNEY

For the reasons set forth on the record on September 16, 2025, Alzadia Spires may withdraw as counsel, subject to the following conditions:

(1) Ms. Spires must immediately turn over all documents (whether in physical or electronic form) related to or concerning the Colorado limited liability company PCF Properties in Texas LLC that she has in her possession, custody, or control to the Chapter 7 Trustee, Christopher R. Murray (the "Trustee").

(2) Ms. Spires must immediately turn over to the Trustee all communications, including, but not limited to emails, text messages (including iMessages and other instant messaging systems), and other written or electronic communications concerning, mentioning, or related to: (i) PCF Properties in Texas LLC, or (ii) the property located at 8202 Terra Valley Lane, Tomball, Texas 77375.

(3) Ms. Spires must immediately turn over to the Trustee all communications, including, but not limited to emails, text messages (including iMessages and other instant messaging systems), and other written or electronic communications sent to or received from (i) James Andersen, (ii) Elizabeth Thomas, or (iii) Ernesto Simpson.

(4) Upon the Trustee's filing of a certificate of receipt of the above documents and communications, Ms. Spires is withdrawn as counsel.

The Clerk is directed to docket this Order in both this Adversary Proceeding and bankruptcy case No. 25-60062.

SIGNED 09/18/2025

_____
Marvin Isgur
United States Bankruptcy Judge