United States Courts
Southern District of Texas
**F I L E D**

SEP 25 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | ) | CHAPTER 7 |
| Debtor. | ) | |
| | | |
| ERNESTO SIMPSON, | ) | |
| Plaintiff, | ) | Adversary No. 25-3609 |
| Vs. | ) | |
| PCF PROPERTIES IN TEXAS LLC, *et. al.*, | ) | |

## NOTICE OF SUSPENSION AND REQUEST FOR IMMEDIATE RELEASE OF COUNSEL OBLIGATIONS

**TO THE HONORABLE BANKRUPTCY JUDGE:**

COMES NOW, Alzadia L. Spires, and respectfully notifies this Honorable Court as follows:

1. On September 18, 2025, the Court entered its Order Conditionally Granting Motion to Withdraw as Attorney (DE 50), requiring undersigned counsel to turn over certain documents and communications before withdrawal would be effective.

2. Since that time, undersigned has been formally suspended from the practice of law in Texas. Undersigned only recently became aware of this suspension. As a result, undersigned is legally and ethically prohibited from acting as counsel, including continued representation of the above-referenced party.

1

3. Because the suspension renders continued representation impossible as a matter of law, undersigned respectfully requests that the Court release her immediately from all obligations as counsel in this matter.

4. Undersigned is committed to cooperating in good faith with the Trustee regarding the turnover of documents and communications to the extent they are accessible. However, undersigned presently resides full-time at the hospital due to her minor son's ongoing critical illness in the ICU. Undersigned has not been home in months, and her primary work computer, which contains the bulk of case files and communications, is located in her home office. Until undersigned is able to return home — a date which remains uncertain due to her son's medical needs — she has no physical access to those files.

5. Undersigned will preserve all client property, documents, and meta-data in her possession, and will turn over materials accessible from her mobile device to the Trustee promptly. The remainder will be produced once undersigned regains physical access.

6. Given the suspension of her law license, the ethical and legal prohibition on her continuing representation, and the circumstances of impossibility regarding immediate access to her office files, undersigned respectfully requests that the Court:

   a. Deem her withdrawal effective immediately;

   b. Release her from further obligations as counsel in this case; and

   c. Permit her to cooperate with the Trustee solely as a former custodian of client property, rather than as acting counsel.

Respectfully submitted,

/s/ *Alzadia L. Spires*
Alzadia L. Spires
17515 Spring Cypress Rd., C620
Cypress, TX 77429
Phone: 832-481-9171
Email: alzadia@spireslawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record and the Chapter 7 Trustee, Christopher R. Murray, via ECF and/or electronic mail, on this the 21st day of September, 2025.

/s/ *Alzadia L. Spires*
Alzadia L. Spires