```
 1              UNITED STATES DISTRICT COURT FOR
 2                THE SOUTHERN DISTRICT OF TEXAS
 3                       HOUSTON DIVISION
 4    _____

 5    IN RE: OUT OF DISTRICT MAIN
 6    CASE,
 7            Debtor,
 8    _____

 9    ERNESTO SIMPSON,
10            Plaintiff,
11       v.                                Case No. 99-99999
12    P.C.F. PROPERTIES IN TX, LLC;        Adv. No. 25-03609
13    OFFICE OF THE U.S. TRUSTEE;
14    CHAPTER 7 TRUSTEE,
15            Defendants.
16    _____
17          CERTIFICATE OF NONAPPEARANCE
         FOR THE NOTICED DEPOSITION OF
18                ELIZABETH THOMAS
              SEPTEMBER 19, 2025
19

      _____
20

21

22

23

24

25

                                                       Page 1
```

## Page 2

```
1         APPEARANCES
2  ON BEHALF OF DEFENDANT P.C.F. PROPERTIES IN TX, LLC:
3     JOHN BURGER, ESQUIRE
4     Barry & Sewart PLLC
5     4151 Southwest Freeway, Suite 680
6     Houston, TX 77027
7     john@barryandsewart.com
8     (713) 722-0281
9
10 ON BEHALF OF DEFENDANT OFFICE OF THE U.S. TRUSTEE:
11    VIANEY GARZA, ESQUIRE (by videoconference)
12    United States Trustee Program
13    515 Rusk Avenue, Suite 3516
14    Houston, TX 77002
15    vianey.garza@usdoj.gov
16    (713) 718-4660
17
18 ON BEHALF OF DEFENDANT CHAPTER 7 TRUSTEE:
19    CHRISTOPHER R. MURRAY, ESQUIRE (by
20    videoconference)
21    Jones Murray, LLP
22    602 Sawyer Street, Suite 400
23    Houston, TX 77007
24    chris@jonesmurray.com
25    (832) 529-1999
```

## Page 4

```
1       UNITED STATES DISTRICT COURT FOR
2         THE SOUTHERN DISTRICT OF TEXAS
3              HOUSTON DIVISION
4  _____
5  IN RE: OUT OF DISTRICT MAIN
6  CASE,
7        Debtor,
8  _____
9  ERNESTO SIMPSON,
10        Plaintiff,
11    v.              Case No. 99-99999
12 P.C.F. PROPERTIES IN TX, LLC;    Adv. No. 25-03609
13 OFFICE OF THE U.S. TRUSTEE;
14 CHAPTER 7 TRUSTEE,
15        Defendants.
           _____
16
       CERTIFICATE OF NONAPPEARANCE
17     FOR THE NOTICED DEPOSITION OF
             ELIZABETH THOMAS
18           SEPTEMBER 19, 2025
19    _____
```

## Page 3

```
1      I, Kamesha JORDAN, a certified digital reporter
2  for the State of Texas, hereby declare under penalty of perjury
3  the following:
4      On SEPTEMBER 19, 2025, at 10:00 AM, I made
5  an appearance at Barry & Sewart PLLC, located at
6  4151 Southwest Freeway, Suite 680 Houston, TX 77007, for
7  the purpose of reporting the deposition of ELIZABETH THOMAS.
8      At approximately 10:04 PM, I was informed
9  by counsel, JOHN BURGER, that ELIZABETH THOMAS had not
10 appeared for the taking of HER deposition.
11     The reporter and attorney JOHN BURGER,
12 remained at BARRY & SEWART PLLC
13 until 10:30 AM, by which time the witness,
14 ELIZABETH THOMAS had not appeared.
```

## Page 5

```
1    I, KAMESHA JORDAN, the officer before whom
2  the foregoing proceedings were taken, do hereby certify to
3  the following:
4     That the witness, ELIZABETH THOMAS, did not appear
5  pursuant to the Notice of Deposition; and that the foregoing
6  transcript is a true record of the proceedings;
7     That the Original transcript of the Certificate
8  of Non-Appearance was delivered to JOHN BURGER;
9     That $_____ is the deposition officer's charges to
10 the PETITIONER for preparing the Original
11 transcript and any copies of exhibits;
12    That pursuant to information given to the deposition
13 officer the following includes counsel for all parties of
14 record: JOHN BURGER, VIANEY GARZA and CHRISTOPHER R. MURRAY.
15    That a copy of this certificate was served on all
16 parties shown herein on _____, and filed with the
17 Clerk pursuant to Rule 203.3.
18    I further certify that I am neither counsel for,
19 related to, nor employed by any of the parties in the
20 action in which this proceeding was taken, and further
21 that I am not financially or otherwise interested in
22 the outcome of the action.
23    Certified to by me on September 19, 2025.
```

| | |
|---|---|
| 1   1 | _____<br>KAMESHA JORDAN |
| 2   2 | Notary Public in and for<br>the State of Texas |
| 3   3 | 132978786<br>VERITEXT LEGAL SOLUTIONS |
| 4   4 | Firm Registration No. 571<br>300 Throckmorton Street |
| 5   5 | Suite 1600<br>Fort Worth, Texas 76102 |
| 6   6 | |
| 7   7 | |
| 8   8 | |
| 9   9 | |
| 10  10 | |
| 11  11 | |
| 12  12 | |
| 13  13 | |
| 14  14 | |
| 15  15 | |
| 16  16 | |
| 17  17 | |
| 18  18 | |
| 19  19 | |
| 20  20 | |
| 21  21 | |
| 22  22 | |
| 23  23 | |
| 24  24 | |
| 25  25 | |

Page 6

3 (Page 6)

**[& - counsel]**

| **&** | **2** | **529-1999**  2:25 | **approximately**  3:8 |
|---|---|---|---|
| **&**  2:4 3:5,12 | **2**  4:2 5:2 6:2 | **571**  6:4 | **attorney**  3:11 |
| **1** | **20**  4:20 5:20 6:20 | **6** | **avenue**  2:13 |
| **1**  4:1 5:1 6:1 | **2025**  1:18 3:4 4:18 5:23 | **6**  4:6 5:6 6:6 | **b** |
| **10**  4:10 5:10 6:10 | **203.3.**  5:17 | **602**  2:22 | **barry**  2:4 3:5 3:12 |
| **10:00**  3:4 | **21**  4:21 5:21 6:21 | **680**  2:5 3:6 | **barryandsew...**  2:7 |
| **10:04**  3:8 | **22**  4:22 5:22 6:22 | **7** | **behalf**  2:2,10 2:18 |
| **10:30**  3:13 | **23**  4:23 5:23 6:23 | **7**  1:14 2:18 4:7 4:14 5:7 6:7 | **burger**  2:3 3:9 3:11 5:8,14 |
| **11**  4:11 5:11 6:11 | **24**  4:24 5:24 6:24 | **713**  2:8,16 | **c** |
| **12**  4:12 5:12 6:12 | **25**  4:25 5:25 6:25 | **718-4660**  2:16 | **c**  2:1 |
| **13**  4:13 5:13 6:13 | **25-03609**  1:12 4:12 | **722-0281**  2:8 | **case**  1:6,11 4:6 4:11 |
| **132978786**  6:3 | **28651**  6:1 | **76102**  6:5 | **certificate**  1:17 4:16 5:7,15 |
| **14**  4:14 5:14 6:14 | **3** | **77002**  2:14 | **certified**  3:1 5:23 |
| **15**  4:15 5:15 6:15 | **3**  4:3 5:3 6:3 | **77007**  2:23 3:6 | **certify**  5:2,18 |
| **16**  4:16 5:16 6:16 | **300**  6:4 | **77027**  2:6 | **chapter**  1:14 2:18 4:14 |
| **1600**  6:5 | **3516**  2:13 | **8** | **charges**  5:9 |
| **17**  4:17 5:17 6:17 | **4** | **8**  4:8 5:8 6:8 | **chris**  2:24 |
| **18**  4:18 5:18 6:18 | **4**  4:4 5:4 6:4 | **832**  2:25 | **christopher**  2:19 5:14 |
| **19**  1:18 3:4 4:18,19 5:19 5:23 6:19 | **400**  2:22 | **9** | **clerk**  5:17 |
| | **4151**  2:5 3:6 | **9**  4:9 5:9 6:9 | **copies**  5:11 |
| | **5** | **99-99999**  1:11 4:11 | **copy**  5:15 |
| | **5**  4:5 5:5 6:5 | **a** | **counsel**  3:9 5:13,18 |
| | **515**  2:13 | **action**  5:20,22 | |
| | | **adv**  1:12 4:12 | |
| | | **appear**  5:4 | |
| | | **appearance**  3:5 5:8 | |
| | | **appeared**  3:10 3:14 | |

[court - september]

| | | | |
|---|---|---|---|
| **court**  1:1 4:1 | **foregoing**  5:2,5 | **llp**  2:21 | **perjury**  3:2 |
| **d** | **fort**  6:5 | **located**  3:5 | **petitioner**  5:10 |
| **debtor**  1:7 4:7 | **freeway**  2:5 3:6 | **m** | **plaintiff**  1:10 4:10 |
| **declare**  3:2 | **further**  5:18,20 | **made**  3:4 | **pllc**  2:4 3:5,12 |
| **defendant**  2:2 2:10,18 | **g** | **main**  1:5 4:5 | **pm**  3:8 |
| **defendants**  1:15 4:15 | **garza**  2:11 5:14 | **murray**  2:19,21 5:14 | **preparing**  5:10 |
| **delivered**  5:8 | **given**  5:12 | **n** | **proceeding**  5:20 |
| **deposition**  1:17 3:7,10 4:17 5:5 5:9,12 | **h** | **n**  2:1 | **proceedings**  5:2,6 |
| | **houston**  1:3 2:6 2:14,23 3:6 4:3 | **neither**  5:18 | **program**  2:12 |
| **digital**  3:1 | **i** | **non**  5:8 | **properties**  1:12 2:2 4:12 |
| **district**  1:1,2,5 4:1,2,5 | **includes**  5:13 | **nonappearance**  1:17 4:16 | **public**  6:2 |
| **division**  1:3 4:3 | **information**  5:12 | **notary**  6:2 | **purpose**  3:7 |
| **e** | **informed**  3:8 | **notice**  5:5 | **pursuant**  5:5 5:12,17 |
| **e**  2:1,1 | **interested**  5:21 | **noticed**  1:17 4:17 | **r** |
| **elizabeth**  1:18 3:7,9,14 4:17 5:4 | **j** | **o** | **r**  2:1,19 5:14 |
| | **john**  2:3,7 3:9 3:11 5:8,14 | **office**  1:13 2:10 4:13 | **record**  5:6,14 |
| **employed**  5:19 | **jones**  2:21 | **officer**  5:1,13 | **registration**  6:4 |
| **ernesto**  1:9 4:9 | **jonesmurray....**  2:24 | **officer's**  5:9 | **related**  5:19 |
| **esquire**  2:3,11 2:19 | **jordan**  3:1 5:1 6:1 | **original**  5:7,10 | **remained**  3:12 |
| | | **outcome**  5:22 | **reporter**  3:1,11 |
| **exhibits**  5:11 | **k** | **p** | **reporting**  3:7 |
| **f** | **kamesha**  3:1 5:1 6:1 | **p**  2:1,1 | **rule**  5:17 |
| **filed**  5:16 | | **p.c.f.**  1:12 2:2 4:12 | **rusk**  2:13 |
| **financially**  5:21 | **l** | **parties**  5:13,16 5:19 | **s** |
| **firm**  6:4 | **legal**  6:3 | | **s**  2:1 |
| **following**  3:3 5:3,13 | **llc**  1:12 2:2 4:12 | **penalty**  3:2 | **sawyer**  2:22 |
| | | | **september**  1:18 3:4 4:18 5:23 |

**[served - worth]**

| | |
|---|---|
| **served** 5:15<br>**sewart** 2:4 3:5<br>  3:12<br>**shown** 5:16<br>**signature** 6:1<br>**simpson** 1:9 4:9<br>**solutions** 6:3<br>**southern** 1:2<br>  4:2<br>**southwest** 2:5<br>  3:6<br>**state** 3:2 6:2<br>**states** 1:1 2:12<br>  4:1<br>**street** 2:22 6:4<br>**suite** 2:5,13,22<br>  3:6 6:5 | **tx** 1:12 2:2,6,14<br>  2:23 3:6 4:12 |
| | **u** |
| | **u.s.** 1:13 2:10<br>  4:13<br>**under** 3:2<br>**united** 1:1 2:12<br>  4:1<br>**usdoj.gov** 2:15 |
| | **v** |
| | **v** 1:11 4:11<br>**veritext** 6:3<br>**vianey** 2:11<br>  5:14<br>**vianey.garza**<br>  2:15<br>**videoconfere...**<br>  2:11,20 |
| **t** | |
| **taken** 5:2,20<br>**texas** 1:2 3:2<br>  4:2 6:2,5<br>**thomas** 1:18<br>  3:7,9,14 4:17<br>  5:4<br>**throckmorton**<br>  6:4<br>**time** 3:13<br>**transcript** 5:6,7<br>  5:11<br>**true** 5:6<br>**trustee** 1:13,14<br>  2:10,12,18<br>  4:13,14 | **w** |
| | **witness** 3:13<br>  5:4<br>**worth** 6:5 |

Page 3

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.