United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ERNESTO SIMPSON | CIVIL ACTION NO. 4:25-cv-4129 |

## ORDER

Pending before the Court is an appeal from an order in the bankruptcy proceeding number 25-03609. This instant appeal was entered August 20, 2025. The appellant has failed to designate the items to be included in the record on appeal and pay the requisite filing fee. Bankr. R. 8006. Pursuant to the Court's authority under Bankr. R. 8001(a), the Court hereby dismisses this appeal for undue delay and failure to pursue this action. This Order terminates the appeal.

**IT IS SO ORDERED**.

**SIGNED** this 25th day of November, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE