United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ERNESTO SIMPSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | ADVERSARY NO. 25-3609 |
| § | |
| **PCF PROPERTIES IN TEXAS LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER FOR STATUS REPORT

On September 15, 2025, Ms. Spires filed a motion to withdraw as counsel. ECF No. 86. The Court conditioned her proposed withdrawal on her turnover of certain files to Mr. Murray, the Trustee. ECF No. 90.

Not later than December 22, 2025, Ms. Spires and the Trustee are ordered to file separate status reports regarding whether Ms. Spires has turned over the files to the Trustee.

If Ms. Spires has not turned over her client's files to the Trustee by December 22, 2025, her motion to withdraw as counsel, ECF No. 86, will be denied.

SIGNED 12/15/2025

_____
Marvin Isgur
United States Bankruptcy Judge