Outlook

### Re: New Order in Case

**From** Alzadia Spires <alzadia@spireslawfirm.com>
**Date** Mon 9/22/2025 10:04 AM
**To** Christopher Murray <chris@jonesmurray.com>

Good morning, Mr. Murray,

Thank you for forwarding the Order. I acknowledge receipt of the Court's Order (DE 50) entered September 18, 2025, regarding my conditional withdrawal as counsel in the above-referenced matter. I want to be fully transparent about my circumstances, but also assure you of my good faith.

First, I must inform you that I was recently made aware that my **law license is suspended**. As a result, I am not legally permitted to act as counsel in this or any other proceeding. I am filing a notice with the Court to request that my withdrawal be made effective immediately.

Second, regarding the turnover of documents:

- I have been residing at ▮▮▮▮▮ continuously for several months due to ▮▮▮▮▮ ▮▮▮▮▮, and I have not returned home during this time.

- My **work computer containing the majority of case files and communications is located in my home office**, which I cannot access. It may be several more months before I am able to return home, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

- I will, however, upload any communications and documents that I can locate and access from my phone into the Dropbox folder you provided (as long as I am able to convert into a shareable format from my phone), and I will preserve all other files and meta-data until I can regain access to my computer.

I hope this clarifies my position and demonstrates that I am acting in good faith despite a number of extraordinary circumstances outside my control. Please confirm that this approach is acceptable while I seek the Court's release from further obligations as counsel.

Mr. Perez claims to be out of the country quite often and changes his phone number often as well. I don't have a working phone number to reach him any longer. This is part of the reason for the breakdown in communication, that forced me to have to withdraw from the case, secondary to not being able to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Thank you for your understanding.

Warm Regards,

*Alzadia L. Spires*

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your computer system.

**From:** Christopher Murray <chris@jonesmurray.com>
**Sent:** Friday, September 19, 2025 7:09 AM
**To:** Alzadia Spires <alzadia@spireslawfirm.com>
**Subject:** Re: New Order in Case

Hi Alzadia,

Of course, attached is the order entered.

Note that it requires you to turn over communications and other information. I have set up a Dropbox folder (invite sent separately) for you to upload that information. If you have any physical case files, please gather those and I can have a runner come over and pick them up. For texts, emails and other communications, please copy those to a sharable format, such as printing to PDF exporting to a text document. Please make sure to preserve all meta-data and the originals, should they be needed later.

I have not heard from Mr. Perez, other than to get an email from him with some pleading that did not make sense to me. Have you ever met with him in person or talked to him on the phone? Other than the email, do you have any other contact information for him?

Thanks again, and let me know how I can help.

Regards,
Chris




CHRISTOPHER R. MURRAY

Direct: 832-529-3027




---

**From:** Alzadia Spires <alzadia@spireslawfirm.com>
**Sent:** Thursday, September 18, 2025 6:30 PM

**To:** Christopher Murray <chris@jonesmurray.com>
**Subject:** Re: New Order in Case

Good evening,

Would you mind forwarding me copies of the two orders related to my motion to withdraw as counsel please? I am still ▮▮▮▮▮▮▮▮▮ and am doing everything from my phone and don't have access to ECF.

Also, have you heard from Mr. Perez? I have not been in communication with him. I have only been focusing on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you in advance.

Warm Regards,

# *Alzadia L. Spires*

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your computer system.

---

**From:** Christopher Murray <chris@jonesmurray.com>
**Sent:** Monday, August 18, 2025 8:29 AM
**To:** Alzadia Spires <alzadia@spireslawfirm.com>
**Cc:** Christopher Murray <chris@jonesmurray.com>
**Subject:** New Order in Case

In case you are not receiving ECF notices, the Court entered the attached Order today.

I am trying to reach Omar Perez. Please let me know if you hear from him.