Outlook

**Clarificatio. RE: PCF Properties... in Victoria, TX**

From Alzadia Spires <alzadia@spireslawfirm.com>
Date Tue 9/30/2025 12:16 PM
To   Christopher Murray <chris@jonesmurray.com>

🖇 1 attachment (88 KB)
show_temp.pl.pdf;

Dear Mr. Murray,

Please see the attached document that I just reviewed.

I need to clarify that I have never represented the entity PCF... Out of Victoria, Texas as shown in the filing. My past engagement involved in completely different entity and matter.

As I have no professional or factual relationship with the any Victoria, TX entity. Accordingly, I'm not in possession of nor can I produce any documents related to it.

This is very odd and I am not sure how this fact has slipped through the cracks, or if it has been addressed; but either way, I wanted to bring this to your attention as I just noticed this difference and wanted to clarify the same with you.

Thank you,

Alzadia Spires

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-60062 |
| PCF PROPERTIES IN TEXAS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

    For the reasons set forth on the record on September 16, 2025, and upon consideration of the petition against the above-named debtor filed on June 30, 2025, ECF No. 1, an order for relief under chapter 7 of the Bankruptcy Code is granted.

SIGNED 09/22/2025

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-60062-mi
PCF PROPERTIES IN TEXAS LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Sep 22, 2025      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PCF PROPERTIES IN TEXAS LLC, 219 STONE GATE DR., VICTORIA, TX 77904-2918 |
| cr | + | P.C.F. Properties In Tx. LLC, Barry and Sewart LLC, 4151 SW Frwy #680, Houston, TX 77027-7405 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | Elizabeth Thomas, 712 H. Street NE STE 2487 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alzadia Spires | on behalf of Debtor PCF PROPERTIES IN TEXAS LLC alzadia@spireslawfirm.com |
| Christopher R Murray | on behalf of Trustee Christopher R Murray chris@jonesmurray.com crm@trustesolutions.net |
| Christopher R Murray | chris@jonesmurray.com crm@trustesolutions.net |
| James Michael Andersen | on behalf of Petitioning Creditor Elizabeth Thomas jandersen.law@gmail.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf001 | Total Noticed: 2 |

John V Burger

    on behalf of Creditor P.C.F. Properties In Tx. LLC bankruptcy@burgerlawfirm.com dwbarry@swbell.net;i-got-notices.dwb@swbell.net;burgerlawfirm@aol.com;johnburger@burgerlawfirm.com;burgerlawfirmhouston@gmail.com;BurgerLawFirm@jubileebk.net

US Trustee

    USTPRegion07.HU.ECF@USDOJ.GOV

Vianey Garza

    on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov

TOTAL: 7