Outlook

---

**Filing Request – Status Report Regarding File Turnover – Adversary No. 25-3609 – Out of District Main Case**

---

**From** Alzadia Spires <alzadia@spireslawfirm.com>

**Date** Wed 12/31/2025 9:19 PM

**To** bankruptcy_ecf_helpdesk@txs.uscourts.gov <bankruptcy_ecf_helpdesk@txs.uscourts.gov>

**Cc** Christopher Murray <chris@jonesmurray.com>

---

📎 1 attachment (153 KB)

FINAL_Status_Report_File_Turnover_Spires.pdf;

Dear Clerk,

Please docket the attached Status Report Regarding File Turnover pursuant to the Court's Amended Order for Status Report (ECF No. 90) in Adversary No. 25-3609, Out of District Main Case (99-99999).

I am currently unable to access the appropriate CM/ECF events due to administrative suspension and the system only showing Pro Hac Vice options.

This filing is for compliance only and not an appearance of counsel.

Thank you kindly.


## Alzadia L. Spires

17515 Spring Cypress Rd., #C620
Cypress, TX 77429
P: (832) 418-9171


CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your computer system.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

IN RE:
OUT OF DISTRICT MAIN CASE,
Debtor.

ERNESTO SIMPSON,
Plaintiff,

v.

PCF PROPERTIES IN TEXAS LLC, et al.,
Defendants.

CASE NO.: 99-99999
ADVERSARY NO.: 25-3609

## STATUS REPORT REGARDING FILE TURNOVER
### (Filed Pursuant to the Court's Amended Order for Status Report)

Pursuant to the Court's Amended Order for Status Report entered December 29, 2025 (ECF No. 90), former counsel Alzadia L. Spires files this Status Report for the limited purpose of addressing the status of file turnover.

### 1. License Status

Ms. Spires is currently administratively suspended from the practice of law due to non-payment of annual bar dues and, as a result, cannot lawfully continue representation of any party in this matter.[1]

### 2. Status of File Turnover

Ms. Spires has not turned over physical or electronic files to the Chapter 7 Trustee due to the loss of personal property, including her work computer and stored materials, arising from circumstances beyond her control. Ms. Spires will cooperate in good faith with any reasonable request for file identification to the extent practicable.

### 3. Client Possession of File

To Ms. Spires's knowledge and belief, the client is in possession of its complete case file, including pleadings, correspondence, and materials necessary for the continuation of this matter.

### 4. No Continuing Representation

This Status Report is submitted solely in compliance with the Court's administrative directive and does not constitute representation, advocacy, or participation in the merits of this case.

---

[1] See, e.g., applicable state bar rules of professional conduct and federal court admission rules prohibiting an attorney from representing clients or appearing in a representative capacity while administratively suspended.

**5. Withdrawal**

Given Ms. Spires's current suspension and inability to lawfully practice, withdrawal as counsel is mandatory, and Ms. Spires respectfully requests that the Court grant her Motion to Withdraw (ECF No. 86).

Respectfully submitted,

By: */s/ Alzadia Spires*
Alzadia Spires
SBN: 24099975
17515 Spring Cypress Rd., C620
Cypress, Texas 77429
Phone: (832) 418-9171
Email: alzadia@spireslawfirm.com

## CERTIFICIATE OF SERVICE

I, Alzadia Spires, certify that on December 31, 2025, I served this Status Report on all parties, by email and/or first-class mail.

By: *Alzadia Spires*
        Alzadia Spires