Exhibit D

 Outlook

---

Re: PCF Properties in Texas LLC

From Alzadia Spires <alzadia@spireslawfirm.com>
Date Tue 1/6/2026 12:37 PM
To   Christopher Murray <chris@jonesmurray.com>

1 attachment (158 KB)
Status Report File Turnover Spires.pdf;

Good afternoon,

Thank you for your email. I have attached a copy of the status report that was mailed into the Court on 1/2/2026. Hopefully the Court will receive the same prior to the deadline.

Also, I respond below to your email to the extent practicable and consistent with my prior disclosures and current circumstances. Things have been extremely challenging and this is exactly why withdrawal is necessary. I am unable to run a practice with no license and ▆▆▆▆▆.

**1. Administrative suspension**

I am administratively suspended solely for non-payment of bar dues. The dues became owed during the on or before August 31, 2025, during ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, and the administrative suspension occurred thereafter.

Due to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ beginning in July 2025 and the resulting inability to work, I have not been financially able to pay the dues to date. I am aware of the steps required to reinstate and intend to do so when financially feasible.

**2. Loss of computer and stored materials**

I no longer have possession or access to my work or personal computer or any potentially related stored materials, due to the loss of personal property during a period in which I was displaced and unable to attend to my residence or belongings.

The materials at issue consisted primarily of pleadings, correspondence, and documents provided by the client. To the extent any documents existed in cloud-based systems (a google drive belonging to Omar Perez, which my access to said was revoked and denied, months ago, prior to our last communications, unbeknownst to me at that time), I do not presently have reliable access sufficient to reconstruct a client file, and I cannot represent that any recoverable materials remain.

Given the passage of time and the circumstances described above, I am unable to provide a more granular inventory without risking inaccuracy.

**3. Client possession of the file**

By stating that I believe the client is in possession of the complete case file, I mean that all pleadings, exhibits, correspondence, and documents used in this matter in some way originated from or were provided by the client, Omar Perez, and were filed with the Court or exchanged directly with him.

To my knowledge, Mr. Perez therefore possesses the substantive materials necessary for the continuation of the matter.

**4. Communications with identified individuals**

I have not communicated with Mr. Perez since sometime prior to ▬▬▬▬▬▬▬▬▬▬▬▬ in mid-2025.

My interactions with James Andersen were limited to brief telephone conversations on one or two occasions and a single in-person encounter prior to a court appearance, consisting only of brief, non-substantive greetings.

My interactions with Elizabeth Thomas were limited to brief, incidental greetings outside of hearings on one or two occasions.

I have not had communications with Ernesto Simpson (he , Omar Perez, James Allen, or others regarding this matter beyond what is reflected in the Court's docket.

Due to the extraordinary personal circumstances, I have endured over the past several months, I cannot reliably recall precise dates or times of these limited interactions and do not wish to provide estimates that could be inaccurate.

Please let me know if the Court requires any additional clarification within the scope of the existing orders.

Warm Regards,

# *Alzadia L. Spires*

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your computer system.

**From:** Christopher Murray <chris@jonesmurray.com>
**Sent:** Tuesday, January 6, 2026 11:45 AM
**To:** Alzadia Spires <alzadia@spireslawfirm.com>
**Cc:** Garza, Vianey (USTP) <vianey.garza@usdoj.gov>
**Subject:** PCF Properties in Texas LLC

Ms. Spires,

I saw your email to the Court with your status report. I am working on mine. I have a few questions for you:

- You state that you are administratively suspended from practice for non-payment of bar dues. When were the dues owed and when did the suspension occur? Please also explain the steps you have taken to pay the dues and lift the suspension.
- You state that you did not turn over physical or electronic files to me because of the loss of your work computer and stored materials. Several questions. What happened to your computer and when? What "stored materials" did you have and when did you lose them? What is the status of electronic information that could be recovered from the cloud, such as emails and other stored documents? Please provide a complete inventory of all types of information that were ever in your client file, and then an item-by-item explanation of why you do not have access to them now, and who would have access to them.
- You state that you believe "the client is in possession of its complete case file." What does that mean? What information do you believe is in the "complete case file"? Who is it that you believe has the file? Please provide their names and contact information and the information you believe they each have.
- Please identify all individuals you have ever communicated with regarding PCF Properties, including but not limited to: Ernesto Simpson, Omar Perez, Elizabeth Thomas, James Andersen and James Allen. For each, provide the date and manner of your most recent interaction and their complete contact information.

Please provide this information by the end of today. If that is not practicable, please explain why and when you will have the information available so that I can inform the Court.

Regards,

Christopher Murray
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE:
OUT OF DISTRICT MAIN CASE,
Debtor.

ERNESTO SIMPSON,
Plaintiff,

v.

PCF PROPERTIES IN TEXAS LLC, et al.,
Defendants.

CASE NO.: 99-99999
ADVERSARY NO.: 25-3609

**STATUS REPORT REGARDING FILE TURNOVER**
**(Filed Pursuant to the Court's Amended Order for Status Report)**

Pursuant to the Court's Amended Order for Status Report entered December 29, 2025 (ECF No. 90), former counsel Alzadia L. Spires files this Status Report for the limited purpose of addressing the status of file turnover.

1. **License Status**

Ms. Spires is currently administratively suspended from the practice of law due to non-payment of annual bar dues and, as a result, cannot lawfully continue representation of any party in this matter.[1]

**2. Status of File Turnover**

Ms. Spires has not turned over physical or electronic files to the Chapter 7 Trustee due to the loss of personal property, including her work computer and stored materials, arising from circumstances beyond her control. Ms. Spires will cooperate in good faith with any reasonable request for file identification to the extent practicable.

**3. Client Possession of File**

To Ms. Spires's knowledge and belief, the client is in possession of its complete case file, including pleadings, correspondence, and materials necessary for the continuation of this matter.

**4. No Continuing Representation**

This Status Report is submitted solely in compliance with the Court's administrative directive and does not constitute representation, advocacy, or participation in the merits of this case.

---

[1] See, e.g., applicable state bar rules of professional conduct and federal court admission rules prohibiting an attorney from representing clients or appearing in a representative capacity while administratively suspended.

5. Withdrawal

Given Ms. Spires's current suspension and inability to lawfully practice, withdrawal as counsel is mandatory, and Ms. Spires respectfully requests that the Court grant her Motion to Withdraw (ECF No. 86).

Respectfully submitted,

By: */s/ Alzadia Spires*
Alzadia Spires
SBN: 24099975
17515 Spring Cypress Rd., C620
Cypress, Texas 77429
Phone: (832) 418-9171
Email: alzadia@spireslawfirm.com

## CERTIFICATE OF COMPLIANCE

I, Alzadia Spires, hereby certify that I have acted diligently and in good faith to comply with the Court's Amended Order for Status Report entered on December 29, 2025.

Specifically, I timely registered for PACER and submitted my application for non-attorney CM/ECF filing privileges with the United States Bankruptcy Court for the Southern District of Texas, Houston Division. As of the date of this filing, my CM/ECF registration remains pending clerk approval, and I do not yet have the ability to file electronically through the CM/ECF system.

Upon learning that my filing access was pending, I promptly contacted the Clerk's Office to request expedited approval or alternate filing instructions in order to comply with the Court's January 7, 2026, deadline. I am also mailing a copy of this Status Report

on January 2, 2026, with the expectation that the foregoing will be received and filed prior to the January 7, 2026, deadline.

This Certificate is submitted to demonstrate my good-faith efforts and intent to fully comply with the Court's Order despite circumstances beyond my control related solely to system access.

I respectfully submit this Certificate to preserve compliance with the Court's Order and will immediately file any required documents electronically upon activation of CM/ECF access, in the even this Status Report is not timely received and filed.

By: *Alzadia Spires*
    Alzadia Spires

## CERTIFICIATE OF SERVICE

I, Alzadia Spires, certify that on January 2, 2026, I served this Status Report on all parties, by email and/or first-class mail.

By: *Alzadia Spires*
    Alzadia Spires