United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re: Elizabeth Thomas,** | § | |
| | § | |
| *Debtor,* | § | |
| **VS.** | § | **Civil Action No. 4:25-cv-04041** |
| | § | **Bankruptcy Case No. 25adv03069** |
| **James M. Andersen,** | § | |
| | § | |
| *Appellant.* | § | |

## ORDER

The notice of appeal in the instant case was filed on August 25, 2026. The designation of the record was due on September 8, 2025. Appellant failed to designate the record and failed to timely cure the deficiencies. Accordingly, the Court hereby **DISMISSES** the appeal.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 30th of June, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE